```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611161186
Cashier ID: buensum
Transaction Date: 09/09/2022
Payer Name: SPECIALIZED LEGAL SERVICES

PLRA CIVIL FILING FEE
 For: SPECIALIZED LEGAL SERVICES
 Case/Party: D-CAN-5-22-CV-005137-001
 Amount:         $402.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 62096
 Amt Tendered:   $402.00

Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00

VKD

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```