UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** July 10, 2023 | **Time:** 18 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-cv-05137-YGR; 22-cv-08924-YGR; 22-cv-09096-YGR; 23-cv-02135-YGR; 23-cv-02201-YGR; 23-cv-02206-YGR; 23-cv-02342-YGR; 23-cv-02405-YGR; 23-cv-02668-YGR | **Case Name:** In Re Federal Correctional Institution "FCI" Dublin et al | |

**Defendant:** John Russell Bellhouse in Pro Se, Present via Zoom Videoconference
Ross Klinger in Pro Se, Present via Zoom Videoconference
**Attorney for Plaintiff:** David Sean McLane, Jessica Pride, Present via Zoom Videoconference
**Attorney for Defendant:** Brodie Butland, Kevin Little, Present via Zoom Videoconference

**Deputy Clerk:** Edwin Cuenco         **Court Reporter:** Raynee Mercado, Present via Zoom Videoconference

**PROCEEDINGS:** Status Conference **- HELD**

The Court orders that all cases are stayed until after defendants John Russell Bellhouse and Ross Klinger have been sentenced.

In the matter of 22-cv-09096; the Court Grants the plaintiff's motion to amend the complaint. Written order to issue.

All matters are set for Further Case Management Conference on December 18, 2023 at 1:00 PM via Zoom Videoconference. Parties will e-file a Joint Case Management Statement by December 11, 2023.