UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. C.,<br><br>             Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>             Defendants. | Case No. 23-cv-03997-SI<br>Also to be filed in 22-cv-5137 YGR<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzales Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin, et al.*, Case No. 22-CV-05137.

**IT IS SO ORDERED**.

Dated: August 21, 2023

_____
SUSAN ILLSTON
United States District Judge