UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CHANEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-02986-SI<br>Also to be filed in 22-cv-5137 YGR<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzales Rogers for consideration of whether the case is related to M.R. v. Federal Correctional Institution "FCI" Dublin, et al., Case No. 22-CV-05137.

**IT IS SO ORDERED**.

Dated: August 21, 2023

_____
SUSAN ILLSTON
United States District Judge