United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. G.,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>        Defendants. | Case No. 23-cv-03390-SI<br>Also to be filed in 22-cv-5137-YGR<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to M.R. v. Federal Correctional Institution "FCI" Dublin, et al. Case No. 22-cv-5137-YGR.

**IT IS SO ORDERED.**

Dated: August 22, 2023

_____
SUSAN ILLSTON
United States District Judge