UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. F., | Case No.  23-cv-04434-SI |
|        Plaintiff, | Also filed in 22-cv-5137-YGR |
|    v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al., | |
|        Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzales Rogers for consideration of whether the case is related to M.R. v. Federal Correctional Institution "FCI" Dublin, et al. Case No 22-cv-5137-YGR..

**IT IS SO ORDERED.**

Dated: August 28, 2023

_____
SUSAN ILLSTON
United States District Judge