# EXHIBIT A

# EXHIBIT A

| OFFICE | LEAD ATTORNEY & EMAIL | USA COUNSEL | CLIENT | CASE NUMBER and/or FILING STATUS | ALLEGED PERPETRATOR(S) | STATUS OF SERVICE | BRIEF FACTS ALLEGED IN COMPLAINT/CLAIM |
|---|---|---|---|---|---|---|---|
| THE PRIDE LAW FIRM | Jessica Pride; jpride@pridelawfirm.com | USAO-EDCA | M.R. | 4:22-cv-05137-YGR (Leading Case) | Ray J. Garcia, Ross Klinger | USA- Served Klinger- Served Garcia-Served | CO Klinger initiated and continued a verbal and physical sexual relationship with MR. This relationship lasted from April through October of 2020. CO Klinger manipulated MR into performing oral sex and engaging in forced sexual intercourse in the conex box. He eventually used money to silence MR's family from reporting his conduct. |
| | | USAO-DOR | M.S. | 4:22-cv-08924-YGR | Ray J. Garcia, Officer Maven (John Doe 1), John Bellhouse, Jeffrey Wilson, Guido Abellera, MD | USA- Served Bellhouse-Served Garcia-Served Abellera-Served incorrect person and voluntarily dismissed Doe1-Maven-Not served Wilson- Out for service | CO Maven began forcing her to have sexual intercourse with him. Dr. Abellera stuck his fingers inside her vagina during pap smear and asked "how does that feel?" in a sexual manner. CO Bellhouse digitally penetrated her which was unwelcomed and continued to sexually assault her while she was in the recycling program. |
| | | | D.V. | 4:23-cv-02135-YGR | Ray J. Garcia, Enrique Chavez | USA- Served Garcia-Served Chavez-Served | Had an ongoing relationship with CO Enrique Chavez. Would meet in his office. She showed him her breasts and he grabbed them. He kissed her and touched her private areas. |
| | | USAO-EDWA (approval pending) | A.J. | 4:23-cv-02201-YGR | Fraser Cohen, Jeffrey Wilson | USA-Served Cohen-Served Wilson-Out for service | When she arrived, Paramedic Fraser Cohen grabbed her breasts with no chaperone. CO Ramos consistently watched her shower. CO Ramos and CO Phillips made her strip, cough, squat for cavity search 2 times in front of group of men. |
| | | USAO-DAK | C.C. | 4:23-cv-02206-YGR | Ray J. Garcia, Sergio Saucedo | USA-Served Garcia-Served Saucedo-Served | CO Sergio Saucedo made her undress in front of him multiple times. He watched her shower and ripped the shower curtain open on her multiple times. |
| | | USAO-DNV (approval pending) | J.A. | 4:23-cv-02342-YGR | Ray J. Garcia, Darrell Smith, Isaac Venegas | USA-Served Garcia-Served Smith-Served Venegas-Served | When she was leaning over ice chest, Officer Venegas rubbed against her back and butt with his penis/body. He would meet with her in his office where there were no cameras. Officer Smith watched her shower. |
| | | USAO-EDCA | A.R. | 4:23-cv-02405-YGR | Ray J. Garcia, Ross Klinger, Jaime Perez | USA-Served Garcia-Served Klinger-Served Perez-Served | CO Klinger would bribe her with food and flirt with her sexually. She witnessed him have sex with MR in conex box multiple times. CO Perez spoke nasty to her too. He bumped up against her, grabbed her boobs and took photos of her. |
| | | USAO-DOR | D.S. | 4:23-cv-02668-YGR | Ray J. Garcia, John Bellhouse, Jeffrey Wilson | USA-Served Garcia-Served Bellhouse-Served Wilson-Served | CO Bellhouse sexually assaulted her. Specifically, he digitally penetrated her while attemting to remove her towel in her cell after she showered. Wilson forced her to kiss him, touch his penis and he pinched her nipples in the medicla room. |
| | | | L.A. | 4:23-cv-03475-YGR | Ray J. Garcia, Sergio Saucedo, Jeffrey Wilson | USA-Served Garcia-Served Saucedo-Served Wilson-Out for service | CO Saucedo attemted to form romantic relationship while she worked with him during quarantine. Forced to show her breasts to CO Wilson with no chaperone present. CO Saucedo had her bend over and sexually harassed her. |
| | | | Y.S. | 4:23-cv-03538-YGR | Ray J. Garcia, Sergio Saucedo, Jeffrey Wilson | USA-Served Garcia-Served Saucedo- Out for service Wilson- Out for service | CO Saucedo watched her in the showers/pulled curtain back and while she was changing. Verbally harassed her during qurantine. |
| | | USAO-DAZ (approval pending) | L.C. | 4:23-cv-03558-YGR | Ray J. Garcia, Sergio Saucedo | USA-Served Garcia-Served Saucedo-Served | CO Saucedo ripped open the shower curtain while she was showering, causing her to fall over so he could see her naked body. |
| | | USAO-DAK | S.M. | 4:23-cv-03562-YGR | Ray J. Garcia, David Perez | USA-Served Garcia-Served Perez-Not served yet | She was in a "relationship" with CO Perez for 4 years. He madeout with her, touched her breasts, and she touched his penis. She has "David" tattoo on her arm. Perez brought her into the office approximately every other week to engage in sexual misconduct. |

| Firm | Contact | USAO | Initials | Case No. / Claim | Defendants | Service Status | Allegations |
|---|---|---|---|---|---|---|---|
| | | USAO-NDCA | J.O. | 4:23-cv-03700-YGR | Jay Alexander | USA-Served; Alexander-Not served yet | Hurt her tailbone. She saw Alexander and he pulled her underwear down, touched her inner thighs and butt in front of CO Valtierra - he was standing there guarding the door. |
| | | USAO-DAZ (approval pending) | J.C. | 4:23-cv-04698-YGR | Ray J. Garcia, Enrique Chavez, Andrew Jones | USA-Served; Garcia-Served; Chavez-Out for service; Jones-Not served yet | Inappropriate comments from CO Chavez about "sucking his dick" in return for a bonus. She did not comply. Would show her inappropriate pictures and brush up against her with erect penis. CO Jones would make similar comments and grab himself and show her. |
| | | USAO-DOR | N.P | 4:23-cv-05356-YGR | Ray J. Garcia, John Bellhouse, Michael S. O'Connor | USA-Served; Garcia-Served; Bellhouse-Served; O'Connor-Out for service | CO Bellhouse touched her a lot and put his hand down her pants, shoving his fingers into her vagina. He snuck her a cell phone in the conex box. CO O'Connor cupped her butt and brushed over her chest. |
| | | | R.R. | Claim form mailed 9/14/23 | Darrell Smith, John Bellhouse, David Perez | | Smith would stick his hands down her underwear and over her butt cheeks. He would try to penetrate her. He would touch her breasts over the clothes. Bellhouse would make inappropriate comments and grope and spank her butt while working in Safety. He would grab his erect penis over his clothes in front of her. Perez asked her for pics. He forcefully kissed her and squeezed her breasts over her shirt. |
| | | | C.B. | Claim form mailed 11/28/23 | Jeffrey Wilson | | During an examination, CO Wilson rubbed up against her breasts and groped her butt. He tried to come onto her. |
| | | | C.M. | Updated claim form mailed 11/28/23 | Darrell Smith | | CO Smith would touch her butt and breasts over and under the clothes. He would masturbate in front of her. |
| McLANE, BEDNARSKI & LITT, LLP | David S. McLane; dmclane@mbllegal.com | USAO-DOR | G.P. | No. 4:22-cv-09096-YGR; filed Bivens claims, First Amended Complaint alleging FTCA claims filed 12/1/23 | John Russell Bellhouse, Ray J. Garcia, United States of America | | On multiple occassions CO Bellhouse touched breasts, buttocks, inner thigh near vagina, and rubbed his penis against her buttocks; Garcia failed to train, supervise and discipline although aware of Dublin "rape club" and participated in it with other victim inmates; and United States failed to train, supervise and discipline Garcia. |
| THE WAGNER LAW GROUP | Nicholas J.P. Wagner; butch@thewagnerlawgroup.com Laura E. Brown; laura@lauraebrown.com | USAO-WDWA (approval pending) | L.C., M.W. and P.G. | No. 3:23-cv-02986 | Espinosa, Jones, Kershaw, O'Connor and Smith | FBOP - Served; USA - Served; Garcia - Out for service; Bellhouse - Out for service; O'Connor - Out for service; Kershaw - not served yet | Kershaw/Smith forced M.W. to have sex with her roommate while they watched on separate occassions. Smith forcibly touched, fondled, groping and sucking on P.G. breasts and slid his bare penis between P.G.'s legs. O'Connor forced L.C. to undress and he would rub his bare penis over her body. Jones threatened and verbally abused L.C. not to report his behavior. Espinosa intentionally open M.W.'s door to watch her take a shower and undress on mutliple occassions. |
| | | | Hill | 4:23-cv-05374 | | | |
| THE JACOB FUCHSBERG LAW FIRM | | | T.G. | Claim form filed | Ray J. Garcia | N/A | Garcia sexually harassed and assaulted her on numerous occasions, including two incidents of forced groping and digital penetration. |
| | | | S.R.V. | Claim form filed | Ray J. Garcia | N/A | Garcia sexually harassed and assaulted her on numerous occasions, including two incidents of forced oral sex. |
| | | | M.M. | Claim form filed | Ray J. Garcia | N/A | Garcia sexually abused her on numerous occasions, including an incident of physical touching and many incidents of voeurysm. |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | M.L. | Claim form filed | Ray J. Garcia | N/A | Garcia sexually harassed and assaulted her on repeat occasions, including an incident of physical touching and incidents of voeurysm and taking naked photo. |
| | | J.W. | Claim form filed | Darrell Smith, Ray J. Garcia | N/A | Garcia sexually harassed and propositioned her. She was also inappropriately touched and groped by Smith on over 10 occasions. |
| | | C.S. | Claim form filed | Darrell Smith, FNU Carasco | N/A | Smith sexually harassed and digitally penetrated her. Carasco also sexually harassed, groped, and made her show her body to him on repeat occasions. |
| | | M.P. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including digitally penetrating her. |
| | | L.J. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including digitally penetrating and then raping her. |
| | | L.B. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including groping and digitally penetrating her. |
| | | C.A.H. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including digitally penetrating and then raping her. |
| | | M.C. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including fondling her breasts and forcing her to expose herself. |
| | | C.R. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including digitally penetrating her repeatedly, making her touch his penis, and making her perform sexual acts on another inmate. |
| | | J.M. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including fondling her breasts, rubbing her vagina, and forcing her to expose herself. |
| | | Y.Y. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including raping her and physically assaulting her. |
| | | A.A. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including incidents of forcibly groping her vagina and buttocks. |
| | | C.W. | Claim form filed | Nakie Nunley; Fraser Cohen | N/A | Nunley sexually harassed and abused her on repeat occasions, including touching her vagina and showing her his penis. Cohen also sexually harassed her and fondled her breasts. |
| | | T.H. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including incidents of forcibly groping her buttocks and/or spanking her. |
| | | K.S. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including digitally penetrating her, touching her vagina, making her perform sexual act with another inmate, and showing her his penis. |
| | | N.A. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including touching her breasts, making her perform sexual act with another inmate, and showing her his penis. |
| | | A.S. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including digitally penetrating her, touching her vagina, making her perform sexual act with another inmate, and making her touch his penis and give him oral sex. |
| | | K.C. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including incidents of forcibly groping her upper body and rubbing his penis against her. |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | J.A. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including incidents of forcibly groping her upper body and rubbing his penis against her. |
| | | | A.D. | Claim form filed | Nakie Nunley; Justin Bell | N/A | Nunley sexually harassed and abused her on repeat occasions, including incidents of forcibly groping her buttocks and breasts and propositioning her to have sex with him. Bell also repeatedly touched her buttocks. |
| | | | A.N. | Claim form filed | Andrew Jones | N/A | Jones sexually harassed and abused her on repeat occasions, including two incidents of forcible rape. |
| | | | I.W. | Claim form filed | Andrew Jones; Patrick Pool | N/A | Jones sexually harassed and abused her on repeat occasions, including two incidents of forcible rape. Pool also sexually harassed her and forced her to touch his penis. |
| | | | T.A. | Claim form filed | Cedric Kinlaw | N/A | Kinlaw sexually harassed and abused her on repeat occasions, including propositioning her, making her touch his penis, and her breasts. |
| | | | O.M. | Claim form filed | Ronald St. Clair | N/A | St. Clair sexually harassed and abused her on repeat occasions, groping or slapping her buttocks and making her look at his penis. |
| | | | C.C. | Claim form filed | Sebastian Glaze | N/A | Glaze sexually harassed her, propositioned her to have sex with him, and rubbed his penis against her buttocks. |
| | | | S.Y. | Claim form filed | John Bellhouse | N/A | Bellhouse sexually harassed her on repeat occasions, including repeatedly isolating her in close proximity to him and touching her sexually. |
| | | | M.R. | Claim form filed | John Bellhouse; Nicholas Ramos | N/A | Bellhouse sexually harassed her on repeat occasions, including by seeing her naked body as well as making her witness her cellmate's sexual abuse. Ramos also tormented her and looked at her naked body on repeat occasions. |
| | | | S.F. | Claim form filed | Nicholas Ramos | N/A | Ramos sexually harassed her on repeat occasions, including repeatedly rubbing his penis against her backside. |
| | | | L.O. | Claim form filed | Jeffrey Wilson; Darrell Smith | N/A | Wilson sexually harassed her and rubbed against her, leading her to file a PREA charge against him. In addition, Smith sexually harassed and abused her on repeat occasions, including making her show her breasts to him and making her perform sexual acts on another inmate. |
| | | | J.D. | Claim form filed | Jeffrey Wilson | N/A | Wilson sexually harassed her and abused her, including by touching her buttocks inappropriately on two occasions. |
| | | | M.N. | Claim form filed | Jeffrey Wilson | N/A | Wilson sexually harassed her and abused her, including by touching her breasts inappropriately on repeat occasions. |
| | | | R.F. | Claim form filed | Fraser Cohen | N/A | Cohen sexually harassed her and inappropriately touched her breasts on many occasions. |
| | | | A.G. | Claim form filed | Fraser Cohen | N/A | Cohen sexually harassed her and inappropriately touched her body without medical justification. |
| | | | | | | | |
| **LAW OFFICE OF CHARLES W. COE** | Charles Coe; charlielaw@gci.net | | R.R. | Case No. 23-cv-05294-YGR | Ray J. Garcia | Garcia-Served | CO Garcia specifically sexually abused RR, had sexual contact with her, kissed her, violated her constitutional rights, made derogatory sexual comments to her, took sexually related photos of her, and intimidated her into performing sexual acts and produced photos of her. |
| | | USAO-DAK | R.R. | Case No. 23-cv-05392-YGR | USA | USA-Served | Garcia sexually assaulted RR and threatened RR, took pictures of her unclad both at FCI Dublin and while she was in a half way house in AK |

| Firm | Attorney | USAO | Plaintiff | Case No. | Defendants | Service Status | Description |
|---|---|---|---|---|---|---|---|
| WALKUP, MELODIA, KELLY & SCHOENBERGER | Matthew Davis; mdavis@walkuplawoffice.com | USAO-EDCA | Andrea Reyes | 4:22-cv-07704-YGR | Klinger | USA Served and has answered | CO Klinger initiated and continued a verbal and physical sexual relationship with Andrea while supervising her as part of the Recyling team she was on and he supervised. Starting in 2018, Klinger used his position to sequester her and make advances, kissing her at one point. He accessed her personal file to perpetuate psychological, emotional and manipulate her. he made it clear he knew a lot about her and her kids staying with her mother. Used favors, gifts to her kids and money to develop a non-consensual sexual relationship. Relationship was initiated in 2018, developed further in 2019 and oral sex and vaginal penetration began from April 2020 to October 2020. Klinger used supervisorial status as Recycling technician to sequester her and engage in sexual acts. She went public with her case. |
| ROSEN BIEN GALVAN & GRUNFELD LLP/CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE/ RIGHTS BEHIND BARS | Kara Janssen; kjanssen@rbgg.com; Susan Beaty; susan@ccijustice.org; Oren Nimni; oren@rightsbehindbars.org | USAO-DMT | Class Action: California Coalition for Women Prisoners | 4:23-cv-04155 | USA BOP; BOP Director Colette Peters (official capacity); FCI Dublin Warden Thahesha Jusina (official capacity) | All served | Organizational Plaintiff in class action requesting injunctive relief to address ongoing, rampant sexual misconduct by Staff at FCI Dublin which officials have been aware of for decades. |
| | | | R.B. | 4:23-cv-04155 | Cortez, O'Connor | N/A | Was watched by Cortez as she was disrobed administering an enema; physically threatened by O'Connor after she witnessed him sexually harassing other incarcerated women. |
| | | | A.H.R. | 4:23-cv-04155 | Vazquez, Jones, Bellhouse, Serrano | Jones and Bellhouse have been served. Vazquez and Serrano are pending service | Forced to act as lookout for officers, sexually harassed and kissed by Officer Vazquez; harassed by Serrano. |
| | | | S.L. | 4:23-cv-04155 | Gacad, Putnum, Vazquez, Serrano, Lt. Jones | Gacad and Putnum have been served. Serrano, Lt. Jones, and Vazquez are pending service | Gacad groped and kissed her, touched her genitals. After he quit he moved to where her family is and became friends with them and continued to harass her; also harassed by Serrano and Vazquez. |
| | | | J.L. | 4:23-cv-04155 | Jones, Pool, Putnum | Jones, Pool, and Putnum have been served | Raped, assaulted, and harassed by Officer Jones; harassed by Pool. |
| | | | J.M. | 4:23-cv-04155 | Jones, Pool, Nurse Cohen, | Jones and Pool have been served, Cohen N/A | witnessed Jones and Pool abusing people; Was groped by Nurse Cohen during medical exam. |
| | | | G.M. | 4:23-cv-04155 | Nunley, Smith, Putnum, Shirley, Lt. Jones | Putnum and Shirley have been served. Nunley, Smith, and Lt. Jones are pending service | Nunley sent notes and tried to get her to have sex with him, would rub on her at work; Smith regularly watched her shower, witnessed Smith force others to perform sexual acts. |
| | | | A.S. | 4:23-cv-04155 | Smith, Lt. Jones, Lewis | All pending service | Smith harasssed, watched her shower, forced her to strip, masturbated in front of her. |
| | | | L.T. | 4:23-cv-04155 | Smith | Pending service | Smith had her dance and strip for him, groped her. |
| BURNS & COHAN | Todd Burns; todd@burnsandcohan.com | USAO-WDWA (approval pending) | R.C. | 4:23-cv-03716-YGR | CO Andrew Jones | Jones-Served | R.C. was raped and repeatedly sexually, physically, and verbally abused by CO Jones, including his puttng his penis into her vagina and mouth, body-slamming R.C. to the ground in the kitchen in front of other inmates, and taking photographs of R.C. while she was naked. |
| | | USAO-WDWA (approval pending) | | J.R. | 4:23-cv-03994-YGR | CO Andrew Jones | Jones-Served | Jones threatened J.R. with physical violence to coerce her into standing watch, so he would not be caught, while he raped and sexually abused other inmates. |

5

| Law Firm | Counsel | USAO | Plaintiff | Case No. | Defendants | Service Status | Allegations |
|---|---|---|---|---|---|---|---|
| | | USAO-WDWA (approval pending) | M.J.R. | 4:23-cv-05821-YGR | CO Andrew Jones (FCI Dublin); CO Glacier (FCI Dublin); CO Paredes (FDC Houston); CO Burks (FTC Oklahoma) | Jones-Served (Only named defendant) | M.J.R. suffered sexual, physical, mental, and verbal abuse at several BOP facilities, including: (1) CO Glacier repeatedly slapping her behind and fondling her breasts; (2) CO Paredes refusing to give her a shower curtain and then watching her shower, and allowing other guards to watch her shower; (3) CO Burks kissing her, slapping her buttocks, watching her shower, and putting his penis in her mouth; and (4) CO Jones threatening her, rubbing his groin area and penis against her buttocks while clothed, rubbing against her breasts, and shoving her. |
| IREDALE & YOO, APC | Eugene Iredale; egiredale@iredalelaw.com; Julia Yoo; jyoo@iredalelaw.com | | Dinhora Baez Gonzalez | 4:23-cv-4611-YGR | Ray Garcia, Darrell Smith, Theodore Ramos, Enrique Chavez | USA-served; Garcia-waived service; Smith-service attempted but unsuccessful thus far; Chaves-not served; Ramos-deceased | All individual defendants sexually harassed, coerced and abused Baez during her sentence at FCI Dublin. Garcia made Baez dance naked and coerced to fellate him on three occassions. Garcia threatened her and grabbed her breasts and buttocks on more than a dozen occassions. Smith masturbated in front of Baez on two occassions. He woul grope her and grind against her while requiring her to dance. Chavez touched her breasts, grabbed her buttocks and had her sit on his lap. |
| SLATER SLATER SCHULMAN LLP | J. Kyle Gaines, kgaines@sssfirm.com; James W. Lewis; jlewis@sssfirm.com | | D.G. | 4:23-cv-03390-YGR | Nicholas Theodore Ramos; Enrique Chavez; Ray J. Garcia | All defendants served | Ramos took D.G. from behind and rubbed his penis against D.G.'s buttocks. It happened many times, and during the incidents, Ramos made sexual comments.<br>While D.G. was in the kitchen, Chavez made sexual comments regarding fantasies he had with D.G. Chavez also fondled D.G.'s breasts over her clothes.<br>Garcia called D.G. several times into the kitchen's bathroom and fondled D.G.'s buttocks, breasts, and vagina, over and under her clothes. Garcia forced D.G. to touch his penis and perform oral sex on him. One time Garcia digitally penetrated D.G.'s vagina. |
| | | | N.E. | 4:23-cv-03641-YGR | Nicholas Theodore Ramos | | Ramos took N.E. several times to the utility closet, where he fondled client's breasts and buttocks, over and under her clothes. |
| | | USAO-EDCA | A.Z. | 4:23-cv-03827-YGR | Ross Klinger | | Ramos called A.Z. into his office and fondled A.Z.'s breasts, buttocks, digitally penetrated A.Z.'s vagina, and kissed her on her lips. Ramos ofered her to have sex everyday in exchange of privileges and contraband. |
| | | | K.C. | 4:23-cv-03997-YGR | Nicholas Theodore Ramos | | Ramos came into K.C. with the excuse of a search, closed the door, and fondled K.C.'s breasts and buttocks over and under her clothes. Ramos then forced K.C. to perform oral sex on him with threatens to send K.C. to isolation if she did not comply. |
| | | | S.F. | 4:23-cv-04437-YGR | Nicholas Theodore Ramos; Vazquez (DOE); Luna (DOE) | | Ramos used to rub S.F. from behind, making her feel his penis. Sometimes, Ramos also fondled S.F.'s buttocks over her clothes.<br>Vazquez (DOE) would call S.F. to his office in the kitchen and fondle her breasts over her clothes. Vazquez also rubbed S.F.'s from behind, making her feel his penis.<br>Luna would enter the showers when S.F. and other inmates were showering and stare at them. Luna also entered the cell during the night and stared at S.F. She had to take sleeping pills to avoid waking up at night. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | USAO-EDCA | J.F. | 4:23-cv-04434-YGR | Ross Klinger | | Klinger took J.F. to the wearhouse, where he told J.F. he needed help to move some boxes. While inside, Klinger got close to J.F. and started kissing J.F., fondled her breasts, buttocks, and vagina, over and under her clothes. Klinger also took J.F.'s hand and tried to force her to grab his penis. |
| | | | S.H. | 4:23-cv-04317-YGR | Fraser Cohen; Darrell Wayne Smith | | Cohen stayed longer than needed during a breast exam, fondling and massaging S.H.'s breasts. The touching was inappropriate and unprofessional. Smith brushed S.H. from behind and made her feel his penis. He also brushed S.H.'s breasts and made sexual comments about that part of her body. |
| | | | J.M. | 4:23-cv-04283-YGR | Nakia Nunley | | Nunley abused J.M. in his office and a supply closet. Nunley fondled J.M.'s breasts, over and under her clothes, and vagina over her clothes. Sometimes Nunley grabbed J.M. from behind and pressed his penis against J.M.'s backside. |
| | | | M.P. | 4:23-cv-04435-YGR | Enrique Chavez | | While M.P. was working in the kitchen, Chavez came from behind and pressed his erected penis against M.P.'s buttocks. |
| | | | L.R. | 4:23-cv-04361-YGR | Darrell Wayne Smith | | Smith came into L.R. during the night while she was sleeping. Smith fondled L.R.'s breasts under her clothes and digitally penetrated L.R.'s vagina. |
| | | | R.R. | 4:23-cv-04436-YGR | Andrew Jones; Sebastian L Glaze | | Jones would call R.R. into his office and, after making sexual comments, grab R.R. from behind and fondled R.R.'s buttocks and pressed his penis against her. Jones threatened her with writing a report if she filed a grievance. Glaze abused R.R. the same way Jones did. He fondled R.R.'s buttocks in the office and pressed his penis against her. R.R. thinks Jones and Glaze were friends because both told her the same things. |
| | | | C.V. | 4:23-cv-04321-YGR | Andrew Jones | | During some time Jones took C.V. as his "favorite" and abused her sistematically. The abuses happened in the staff bathroom or Jones's office. Jones had intercourse with C.V. including anal sex. |
| | | | D.C. | 3:23-cv-06146 | Ryan Kershaw | No service yet | During Covid D.C. was placed in isolation. Kershaw came into D.G.'s cell several times and ordered her to undress. Kedrshaw fondled her naked body, breasts, buttocks and vagina. |
| | | | C.M. | 3:23-cv-06150 | Cedric Kinlaw | No service yet | Kinlaw followed C.M. into the refrigerator and fondled her brests, buttocks and vagina. Kinlaw forced her to perform oral sex and musturbate him. |
| | | | D.G. | 3:23-cv-05339 | | | |
| | | | | | | | |
| **LAW OFFICE OF ALANA MCMAINS** | Alana McMains; alana@mcmainslaw.com | USAO-DAK | A.C. | 5:23-cv-04691-NC | Stephen Silva | USA: Served; Garcia: Served; Silva: Not yet served | On four occasions, A.C. performed oral sex on Silva while he groped her breasts. A.C. had a prior history of sexual abuse. |
| | | | | | | | |
| **LAW OFFICE OF DEBORAH M. GOLDEN** | Deborah Golden; dgolden@debgoldenlaw.com | | S.L.H | Not Yet Filed | Darrel Smith | N/A | He began with sexual conversations and sexual gestures, then progressed to grabbing her. He would come to her cell and demand to touch her genitals, buttocks, and feet. He progressed to digital and anal penetration. |

7