PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  94518
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN; ROSS KLINGER; RAY J. GARCIA; UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 4:22-CV-01537-YGR<br><br>**NOTICE OF DESIGNATION OF COUNSEL** |

     Victoria L. Boesch, Assistant United States Attorney, hereby notifies the Court and all counsel of record of her designation as counsel of record for defendant United States of America in the above-captioned action in place of Assistant United States Attorney Philip A. Scarborough.  Defendant requests that Philip A. Scarborough be terminated as counsel of record and that the Court and all counsel serve Victoria L. Boesch with all future filings in this matter.

                                                                        Respectfully submitted,

                                                                        PHILLIP A. TALBERT
                                                                        UNITED STATES ATTORNEY

DATED: January 17, 2024                              */s/ Victoria L. Boesch*
                                                                           VICTORIA L. BOESCH
                                                                           Assistant United States Attorney
                                                                           Attorney for Defendant United States

                                                                           **ACTING UNDER AUTHORITY CONFERRED BY 28 U.S.C. § 515**