UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S.,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN THOMAS RAY HINKLE, et al.,<br><br>        Defendants. | Case No. 24-cv-00602-LJC<br>*Also filed in Case No. 22-cv-05137-YGR*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Case number 24-cv-00602-LJC is hereby REFERRED under Civil Local Rule 3-12(c) to the Honorable Yvonne Gonzalez Rogers to consider whether it is related to *M.R. v. Federal Correctional Institution "FCI" Dublin*, No. 22-cv-05137-YGR.

Any party may file a response opposing or supporting finding the cases related no later than February 4, 2024.  Civ. L.R. 3-12(c), 3-12(e), 7-11(b).  Any such response must be filed in case number 22-cv-05137-YGR.  Civ. L.R. 3-12(e).

**IT IS SO ORDERED.**

Dated: February 1, 2024

LISA J. CISNEROS
United States Magistrate Judge