UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, et al.,<br><br>  Defendants. | Case No.  22-cv-05137-YGR (AGT)<br><br>and Related Cases:<br><br>23-cv-02342-YGR<br>23-cv-03475-YGR<br>23-cv-03558-YGR<br>23-cv-02206-YGR<br>23-cv-04698-YGR<br>23-cv-02201-YGR<br>23-cv-03562-YGR<br>23-cv-03700-YGR<br>23-cv-05356-YGR<br>23-cv-02668-YGR<br>23-cv-03538-YGR<br>22-cv-08924-YGR<br>23-cv-02135-YGR<br>23-cv-02405-YGR<br>23-cv-04155-YGR<br>23-cv-03716-YGR<br>23-cv-03994-YGR<br>22-cv-07704-YGR<br>23-cv-03997-YGR<br>23-cv-03641-YGR<br>23-cv-04437-YGR<br>23-cv-04434-YGR<br>23-cv-05339-YGR<br>23-cv-03390-YGR<br>23-cv-04317-YGR<br>23-cv-04283-YGR<br>23-cv-04435-YGR<br>23-cv-04361-YGR<br>23-cv-04436-YGR<br>23-cv-04321-YGR<br>23-cv-03827-YGR<br>23-cv-04691-YGR<br>23-cv-02986-YGR<br>23-cv-05392-YGR<br>23-cv-04611-YGR<br>23-cv-05294-YGR<br>23-cv-05821-YGR<br>22-cv-09096-YGR<br>23-cv-05343-YGR<br>23-cv-05623-YGR<br>23-cv-06146-YGR<br>23-cv-06285-YGR<br>23-cv-06330-YGR<br>23-cv-06517-YGR |

**ORDER REGARDING PRE-MEDIATION EXAMINATIONS**

Re: Dkt. Nos. 122, 123, 124

On February 6, 2024, the Court heard argument from counsel in the above-captioned case and related actions regarding pre-mediation mental health examinations, a proposed protective order, and a proposed Privacy Act order. Following that hearing, the Court orders the following:

The United States, FCI Dublin, and plaintiffs who have agreed to mediate are directed to further meet and confer and jointly submit in case No. 4:22-cv-05137-YGR by **February 13, 2024**: (i) a proposed order regarding pre-mediation mental health examinations,[1] (ii) a proposed protective order, and (iii) a proposed Privacy Act order. The plaintiffs to the above joint submission may elect to coordinate their response through one or more attorneys provided it is made clear in the filing the name of the plaintiff agreeing to be bound to the pre-mediation process and order. To the extent any party decides to object to a proposed order, that party must serve and file said objection(s) in case No. 4:22-cv-05137-YGR by **February 20, 2024**.

Consistent with Judge Gonzalez Rogers' case management order (dkt. 120), and to ensure all disputes are resolved in a timely manner, all discovery matters should be filed in the low numbered case, 4:22-cv-05137-YGR, and all global orders on discovery matters will be docketed on 4:22-cv-05137-YGR.

**IT IS SO ORDERED.**

Dated: February 8, 2024

_____
Alex G. Tse
United States Magistrate Judge

---

[1] This filing supersedes the proposals at dkts. 122 and 123; the objection filed at dkt. 124 is moot.