PHILLIP A. TALBERT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R.<br><br>            Plaintiff,<br><br>       v.<br><br>FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN; ROSS KLINGER; RAY J. GARCIA; UNITED STATES OF AMERICA,<br><br>            Defendants. | Case No. 4:22-CV-5137-YGR<br><br>NOTICE OF FILING CORRECTED PROPOSED PROTECTIVE ORDER |

   The United States respectfully submits a corrected proposed Protective Order (attached), which replaces the one inadvertently filed as ECF No. 145-1.  The earlier version failed to incorporate language in Section 7.3(b) that the parties had negotiated.  The corrected version includes that language.

|     |     |
| --- | --- |
| 1   | Respectfully submitted, |
| 2   Dated: February 13, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| 3   |     |
| 4   | /s/ Brodie M. Butland<br>BRODIE M. BUTLAND<br>Assistant U.S. Attorney |
| 5   |     |
| 6   | Attorney for Defendant United States of America, for himself and on behalf of all counsel for United States in all related cases |
| 7   |     |
| 8   |     |
| 9   | **ACTING UNDER AUTHORITY CONFERRED BY 28 U.S.C. § 515** |