GEOFFREY BECKER
BECKER & BECKER
1370 Reliez Valley Road
Lafayette, California 94549
Telephone: 925-939-9041
State Bar No. 70110

Attorney for Defendants, Sergio Saucedo
Patrick Pool and Issac Venegas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C.,<br><br>　　　　　Plaintiff,<br><br>United State of America (Federal Bureau of Prisons); Sergio Saucedo and Does 1-25, inclusive<br><br>　　　　　Defendants. | NO. 4:22-CV-5137 YGR<br><br>Objection to Proposed Order |

　　　　Defendants, Sergio Saucedo, Patrick Pool and Issac Venegas object to the proposed order. [144].

　　　　1.　　The case management order entered on 12-12-23 [120] does not distinguish between defendants as it states that "These evaluations will be reciprocal-should defendants choose to conduct their own psychological evaluations of plaintiffs, they will be permitted to do so." Without limitation, defendants" means all defendants.

　　　　2.　　The proposed order states that " in anticipation of mediating the foregoing cases, all Bureau of Prisons ("BOP") facilities that have custody of any of the plaintiff's in the above-captioned case... shall permit..."   The case management order does not state that the "foregoing cases" means cases against the ("BOP") and not its employees whom the United States has

1

Response to Proposed Orders

stated it will not represent.

3. Paragraph 6 does not allow these defendants access to the information set forth therein.

4. The protective order regarding information that will include these defendants does not allow them access to that information but will make it available to the plaintiffs, without distinction, whether a particular plaintiff has a need to know anything about these defendants.

5. The case management orders do not support the proposed order which prevent these defendants from receiving the information obtained from the examinations.

Dated: February 20, 2024

Respectfully submitted,

"s"/geoffrey becker

---

Geoffrey Becker
Attorney for the Sergio Saucedo, Patrick Pool and Issac Venegas

Response to Proposed Orders