| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>ADRIENNE SPIEGEL – 330482<br>LUMA KHABBAZ – 351492<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Email: mbien@rbgg.com<br>    egalvan@rbgg.com<br>    kjanssen@rbgg.com<br>    aspiegel@rbgg.com<br>    lkhabbaz@rbgg.com<br><br>SUSAN M. BEATY – 324048<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org | OREN NIMNI*<br>  Mass. Bar No. 691821<br>AMARIS MONTES*<br>  Md. Bar No. 2112150205<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: oren@rightsbehindbars.org<br>    amaris@rightsbehindbars.org<br><br>STEPHEN S. CHA-KIM*<br>  N.Y. Bar No. 4979357<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Email: stephen.cha-kim@arnoldporter.com<br><br>CARSON D. ANDERSON – 317308<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone: (650) 319-4500<br>Email: carson.anderson@arnoldporter.com<br><br>* Admitted *pro hac vice* |

Attorneys for Plaintiffs in 4:23-cv-04155-YGF

Additional Attorneys for Plaintiffs (*cont'd on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| M.R.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 4:22-CV-05137-YGR<br><br>RELATED TO:<br>22-cv-07704-YGR<br>22-cv-08924-YGR<br>23-cv-02135-YGR<br>23-cv-02201-YGR<br>23-cv-02206-YGR<br>23-cv-02342-YGR<br>23-cv-02405-YGR<br>23-cv-02668-YGR<br>23-cv-02986-YGR<br>23-cv-03390-YGR<br>23-cv-03475-YGR<br>23-cv-03538-YGR |

[4441634.1]

Case No. 4:23-cv-04155-YGR

CORRECTED [PROPOSED] ORDER PERMITTING ENTRY FOR EXAMINATIONS

|   |   |
|---|---|
| | 23-cv-03558-YGR |
| | 23-cv-03562-YGR |
| | 23-cv-03641-YGR |
| | 23-cv-03700-YGR |
| | 23-cv-03716-YGR |
| | 23-cv-03827-YGR |
| | 23-cv-03994-YGR |
| | 23-cv-03997-YGR |
| | 23-cv-04155-YGR |
| | 23-cv-04283-YGR |
| | 23-cv-04317-YGR |
| | 23-cv-04321-YGR |
| | 23-cv-04361-YGR |
| | 23-cv-04434-YGR |
| | 23-cv-04435-YGR |
| | 23-cv-04436-YGR |
| | 23-cv-04437-YGR |
| | 23-cv-04691-YGR |
| | 23-cv-04698-YGR |
| | 23-cv-05339-YGR |
| | 23-cv-05356-YGR |
| | 23-cv-05392-YGR |

**CORRECTED [PROPOSED] ORDER PERMITTING EXPERTS TO ENTER BOP FACILITIES TO CONDUCT EVALUATIONS OF PLAINTIFFS**

Judge:   Hon. Alex G. Tse, United States Magistrate Judge

Judge:   Hon. Yvonne Gonzalez Rogers

Trial Date:   None Set

1  *(cont'd from 1st page)*

2  DAN SIEGEL – 56400
   EMILYROSE JOHNS -- 294319
3  SIEGEL, YEE, BRUNNER & MEHTA
   475 14th Street, Suite 500
4  Oakland, California 94612
   Telephone: (510) 839-1200
5  Facsimile:  (510) 444-6698
   Email:  danmsiegel@gmail.com
6          emilyrose@siegelyee.com

7  Attorneys for Plaintiffs T.C. (4:23-cv-06630-YGR) & S.L. (4:23-cv-06517-YGR)

8

9  TODD W, BURNS -- 194937
   BURNS & COHAN, ATTORNEYS AT LAW
10 501 West Broadway, Suite 1510
   San Diego, California 92101
11 Telephone: (619) 236-0244
   Email:  todd@burnsandcohan.com

12 Attorneys for Plaintiffs R.C. (4:23-cv-03716-YGR), J.R. (4:23-cv-03994-YGR), M.J.R. (4:23-cv-05821-YGR)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The only correction is to the caption page, which previously identified this [Proposed] Order as lodged by the "CCWP Plaintiffs," when it is in fact lodged by the Plaintiffs California Coalition for Women Prisoners, R.B., A.H.R., S.L., J.L., J.M., G.M., A.S., and L.T. (4:23-cv-04155-YGR), T.C. (4:23-cv-06330-YGR), S.L. (4:23-06517-YGR), R.C. (4:23-cv-03716-YGR), J.R. (4:23-cv-03994-YGR), and M.J.R. (4:23-cv-05821-YGR).

## [PROPOSED] ORDER

THIS COURT HEREBY ORDERS that in anticipation of mediating the foregoing cases, all Bureau of Prisons ("BOP") facilities that have custody of any of the Plaintiffs in the above-captioned case shall permit Plaintiffs' retained medical experts or consultants to enter the facility to conduct a psychological, psychiatric, or other mental health evaluation of those Plaintiffs, subject to the following provisions:

1. If Plaintiff wishes to conduct the evaluation, the Plaintiff's counsel must contact both the Assistant U.S. Attorney(s) assigned to that Plaintiff's case and the BOP facility at which the Plaintiff is housed to coordinate the evaluations, which shall include providing the names and credentials of the retained experts or consultants in advance for BOP vetting for security purposes only.

2. Evaluations under this order shall be limited to a total of 8 hours, absent leave of Court to conduct an evaluation that exceeds a total of 8 hours, which will not be granted absent a showing that the additional time is required to properly conduct the evaluation. Evaluations shall have a four hour a day limit. The second day, if needed, will take place as close in time as possible to the first day.

3. For in-person evaluations, the BOP shall provide a private confidential room for the evaluation.

4. For evaluations that will not be conducted in-person, the requesting party shall confer with the BOP to determine an alternative means of conducting the evaluation based on the capabilities of the facility, BOP rules and regulations, and the need for prison

1  administration. These means will include videoconference technology or, if that is not
2  available or not feasible, other forms of telecommunications. The BOP shall not be
3  required to proctor or otherwise assist in any evaluation, whether in-person or remote.
4       5.  All experts, consultants and counsel must follow all BOP rules, regulations, and
5  protocols for the evaluations.

7  DATED: _____, 2024

                                           HONORABLE ALEX G. TSE,
                                           UNITED STATES MAGISTRATE JUDGE