STEPHEN CHA-KIM* (NY - 4979357)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Email: stephen.cha-kim@arnoldporter.com

CARSON ANDERSON (CA - 317308)
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650.319.4500
Email: carson.anderson@arnoldporter.com

NATALIE STEIERT* (DC - 90010655)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: 202.942.5000
Email: natalie.steiert@arnoldporter.com

OREN NIMNI* (MA - 691821)
AMARIS MONTES* (MD - 2112150205)
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
       amaris@rightsbehindbars.org

SUSAN M. BEATY (CA - 324048)
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

*Pro hac vice pending

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| R.W.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; RAY J. GARCIA; DARRELL SMITH; CEDRIC KINLAW<br><br>    Defendants. | Case No.: 4:24-cv-01383<br><br>**NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO. 4:22-cv-05137; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a related case *R.W. v. United States of America Federal Bureau of Prisons, et al.*,, was filed on March 7, 2024, in the United States District Court for the Northern District of California. Pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court for the Northern District of California, Plaintiff submits this Administrative Motion to Consider Whether Cases Should Be Related. Plaintiff further requests that this related case be transferred to the lowest-numbered case, 4:22-cv-05137, before Judge Yvonne Gonzalez Rogers.

# I. Applicable Standard Under Civil Local Rule 3-12

Under Civil Local Rule 3-12: "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). When a party knows or believes that an action filed in this district may be "related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." *Id.* 3-12(b). Where it applies, relation furthers the interests of judicial economy, efficiency, and consistency.

# II. Statement of Relationship of the Actions

Plaintiff believes that this case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin, et al.*, 4:22-cv-05137 and to the other similar cases which have already been related to *M.R.* and transferred to Judge Gonzalez Rogers.[1] This case is related to *M.R.* because

---

[1] For instance, at least the following case numbers have all been related to *M.R. v. Federal Correctional Institution FCI Dublin et al.*, 4:22-cv-05137:  Case Nos.:  23-cv-02342-YGR; 23-cv-03475-YGR; 23-cv-03558-YGR; 23-cv-02206-YGR; 23-cv-04698-YGR; 23-cv-02201-YGR; 23-cv-03562-YGR; 23-cv-03700-YGR; 23-cv-05356-YGR; 23-cv-02668-YGR; 23-cv-03538-YGR; 22-cv-08924-YGR; 23-cv-02135-YGR; 23-cv-02405-YGR; 23-cv-04155-YGR; 23-cv-03716-YGR; 23-cv-03994-YGR; 22-cv-07704-YGR; 23-cv-03997-YGR; 23-cv-03641-YGR; 23-cv-04437-YGR; 23-cv-04434-YGR; 23-cv-05339-YGR; 23-cv-03390-YGR; 23-cv-04317-YGR; 23-cv-04283-YGR; 23-cv-04435-YGR; 23-cv-04361-YGR; 23-cv-04436-YGR; 23-cv-04321-YGR; 23-cv-03827-YGR; 23-cv-04691-YGR; 23-cv-02986-YGR; 23-cv-05392-YGR; 23-cv-04611-YGR; 23-cv-05294-YGR; 23-cv-05821-YGR; 22-cv-09096-YGR; 23-cv-06150-JSW; 23-cv-05374-RFL; 23-cv-05343-YGR; 23-cv-05623-YGR; 23-cv-06146-YGR; 23-cv-06285-YGR; and 23-cv-06330-YGR.

they both involve Defendant FCI Dublin and employees of Defendant FCI Dublin. In addition, the cases both concern a substantial portion of the same wrongful acts across the same time period – sexual harassment, abuse, and retaliation by FCI employees against incarcerated individuals. As a result, the cases implicate at least one of the same causes of action: the Eighth Amendment's Cruel and Unusual Punishment Clause (Excessive Force and Deliberate Indifference).

Furthermore, the cases share questions of law and fact, such as:

- Whether FCI Dublin employees engaged in illegal conduct with incarcerated individuals; and
- Whether FCI Dublin employees violated the right to be free from cruel and unusual punishment on the part of incarcerated individuals in their care and custody

As a result, under Civil Local Rule 3-12(b)(2), it would be unduly burdensome, and it would cause an unnecessary duplication of labor and expense, or conflicting results, if these cases were conducted before different Judges.

Respectfully submitted,

DATED: March 7, 2024                ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Carson D. Anderson
Stephen Cha-Kim
Carson D. Anderson
Natalie Steiert

Attorneys for Plaintiff