```
1  PHILLIP A. TALBERT
   United States Attorney
2  BRODIE M. BUTLAND
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5
   Attorneys for Defendant United States
6  of America

7  ACTING UNDER AUTHORITY CONFERRED
   BY 28 U.S.C. § 515
8
```

9

10                    IN THE UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12

| M.R., | CASE NO. 4:22-CV-5137-YGR |
|---|---|
| Plaintiff, | and all related cases |
| v. | DECLARATION OF BRODIE M. BUTLAND |
| FEDERAL CORRECTIONAL INSTITUTION "FCI-DUBLIN", et al., | |
| Defendants. | |

I, Brodie Butland, hereby declare as follows:

1. I am an Assistant United States Attorney with the U.S. Attorney's Office for the Eastern District of California. I am counsel of record for the United States in the above-captioned case and four others. I am also acting as liaison counsel on behalf of the United States in all related cases.

2. On March 1, 2024, The Pride Law Firm sent me a list of 38 individuals. The purpose of sending me this list was to identify all individuals for whom plaintiffs in the FCI-Dublin related cases may seek employment files and other similar records, so that I could notify those individuals pursuant to the Privacy Act Order that this Court entered on March 5, 2024. To the extent that plaintiffs had contact information for the individuals, they provided it in the list.

DECLARATION OF BRODIE BUTLAND                    1

3. The U.S. Attorney's Office for the Eastern District of California served a copy of the Protective Order, the Privacy Act Order, and a cover letter to the following represented individuals through their respective attorneys. A sample copy of one of the cover letters is attached as Exhibit A to this Declaration. The other counsel received a substantively identical cover letter.

   a. Ray Garcia was served on March 11, 2024, via email to his attorney Kevin Little.
   b. Fraser Cohen was served on March 11, 2024, via email to his attorney Jonathan Goldstein.
   c. Sergio Saucedo and Patrick Pool were served on March 11, 2024, via email to their attorney Geoffrey Becker.

4. The U.S. Attorney's Office for the Eastern District of California served a copy of the Protective Order, the Privacy Act Order, and a cover letter to the following individuals. A sample copy of one of the cover letters is attached as Exhibit B to this Declaration. All individuals listed below received a substantively identical cover letter.

   a. Ross Klinger was served on March 8, 2024, via the email address that plaintiffs provided.
   b. John Bellhouse was served on March 8, 2024, via the email address that plaintiffs provided.
   c. Jeffrey Wilson was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.
   d. Enrique Chavez was served on March 8, 2024, by regular U.S. mail to an address that plaintiffs provided.
   e. Darrell Smith was served on March 8, 2024, by regular U.S. mail to an address that plaintiffs provided.
   f. Isaac Venegas was served on March 8, 2024, by regular U.S. mail to an address that plaintiffs provided.
   g. Jaime Perez was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.
   h. David Perez was served on March 8, 2024, by regular U.S. mail to an address that plaintiffs provided.

i. Andrew Jones was served on March 8, 2024, by regular U.S. mail to an address that plaintiffs provided.

j. Michael O'Connor was served on March 8, 2024, by regular U.S. mail to an address that plaintiffs provided.

k. Nakie Nunley was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.

l. Espinosa (who BOP assumes refers to Juan Espinoza) was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.

m. Ryan Kershaw was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.

n. FNU Carasco (who BOP assumes refers to Pedro Carrasco) was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.

o. Justin Bell was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.

p. Cedric Kinlaw was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.

q. Sebastian Glaze was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.

r. Lea Vazquez was served on March 8, 2024, by regular U.S. mail to her last known address according to BOP records.

s. Kayla Serrano was served on March 8, 2024, by regular U.S. mail to her last known address according to BOP records.

t. Lawrence Gacad was served on March 8, 2024, via the email address that plaintiffs provided.

u. Stephen Putnam was served on March 8, 2024, by regular U.S. mail to an address that plaintiffs provided.

v. (Darryl?) Lewis (who BOP assumes refers to Darren Lewis) was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.

w. Luna (who BOP assumes refers to Hector Luna) was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.

x. Stephen Silva was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.

y. Cpt. Gonzales (who BOP assumes refers to Omar Gonzalez) was served on March 8, 2024, by regular U.S. mail to his last known address according to BOP records.

z. Beth Reese was served on March 8, 2024, by regular U.S. mail to her work address according to BOP records.

5. Despite a reasonable and diligent search through BOP records, the BOP was unable to find any last known address or contact information for the following individuals before today, March 12, 2024. The U.S. Attorney's Office therefore was not able to serve these individuals. The BOP continues to search for information regarding these individuals and will serve them if any contact information is located.

a. Guido Abellera, MD – The BOP has no record of an Abellera working as a BOP employee.

b. Officer Maven – The BOP has no record of an Officer Maven working as a BOP employee.

c. Jay Alexander – The BOP has been unable to find any contact information for this individual.

d. Ronald St. Clair – The BOP has been unable to find any contact information for this individual.

e. Cortez – The BOP has 14 employees with a surname "Cortez," but according to BOP records none has worked at FCI-Dublin.

f. Glacier – The BOP has no record of a Glacier working as a BOP employee.

g. Salcido – The BOP has no record of a Salcido working as a BOP employee. The BOP assumes that "Salcido" is a misspelling of "Saucedo," who was served through his attorney as stated above.

6. Nicholas Theodore Ramos is deceased. The U.S. Attorney's Office therefore did not serve him with any documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: March 12, 2024

_____
Brodie M. Butland