

**U.S. DEPARTMENT OF JUSTICE**

United States Attorney
Eastern District of California

*Phillip A. Talbert*
*United States Attorney*

2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

March 11, 2024

VIA ELECTRONIC MAIL

Sergio Saucedo and Patrick Pool
c/o Geoffrey Becker, Esq.
Geoffrey.Becker@comcast.net

Re: *M.R. v. Federal Correctional Institution "FCI-Dublin", et al.*
Case No.: 4:22-cv-5137-YGR (NDCA)

Dear Mr. Becker,

     I am a liaison counsel for U.S. Attorney's Offices representing the United States in numerous civil lawsuits arising out of alleged sexual abuse at FCI-Dublin prison. As discussed in the enclosed Privacy Act Order, some or all of your client **Sergio Saucedo's and Patrick Pool's** employment files (for example, disciplinary records, citations, inmate complaints, and the like) and other records with the Federal Bureau of Prisons may be disclosed as part of that litigation. The documents would be produced under a "CONFIDENTIAL" designation as provided in the enclosed Stipulated Protective Order, which limits disclosure of "CONFIDENTIAL" materials to only those specifically identified in the Protective Order.

     The Court has given you 14 days to file an objection to disclosure of the documents with the Court. If you choose to file an objection with the Court, please reference the above case name and number in your filing. The Court will consider any objections before issuing its final order regarding the disclosure of your clients' and other individuals' documents. Please note that you are not required to file an objection with the Court—whether to file an objection is entirely your decision. Further, even if you file an objection, the Court may still overrule that objection and order disclosure of your clients' documents.

     Enclosed is a copy of the Privacy Act Order and the Protective Order that have been issued by the Court in all of the pending lawsuits. Please note that neither I nor any U.S. Attorney's Office can advise whether to file an objection or on what grounds.

EXHIBIT A

Sincerely,

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Brodie M. Butland*
Brodie M. Butland
Assistant United States Attorney

Encl.