PHILLIP A. TALBERT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendant United States
of America

ACTING UNDER AUTHORITY CONFERRED
BY 28 U.S.C. § 515

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL CORRECTIONAL INSTITUTION "FCI-DUBLIN", et al., <br><br> Defendants. | CASE NO. 4:22-CV-5137-YGR <br><br> and all related cases <br><br> SUPPLEMENTAL DECLARATION OF BRODIE M. BUTLAND |

I, Brodie Butland, hereby declare as follows:

1. This Declaration supplements my previous declaration, where I described efforts to serve various individuals identified by plaintiffs in their March 1, 2024 list pursuant to the Court's March 5, 2024 Privacy Act Order.

2. Since my previous declaration, the Federal Bureau of Prisons was able to find last known addresses for two additional individuals. The U.S. Attorney's Office for the Eastern District of California thus served a copy of the Protective Order, the Privacy Act Order, and a cover letter substantively identical to the one attached to my previous declaration on the following individuals:

    a. Ronald St. Clair was served on March 13, 2024, by regular U.S. mail to his last known address according to records BOP was able to obtain.

      b. Officer Maven (who BOP assumes refers to Mitchell Maybin) was served on March 13, 2024, by regular U.S. mail to his last known address according to records BOP was able to obtain.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: March 20, 2024

Brodie M. Butland