**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE YVONNE GONZALEZ ROGERS)**

| | |
|---|---|
| M.R., <br><br>     Plaintiff, <br>v. <br><br>FEDERAL CORRECTIONAL INSTITUTION ("FCI") DUBLIN; ROSS KLINGER; RAY J. GARCIA; and UNITED STATES OF AMERICA, a governmental entity, <br><br>     Defendants. | CASE NO. 4:22-cv-05137-YGR <br><br> *Related To*: <br><br> *JA*, 23-cv-02342-YGR <br> *LA*, 23-cv-03475-YGR <br> *LC*, 23-cv-03558-YGR <br> *CC*, 23-cv-02206-YGR <br> *JC*, 23-cv-04698-YGR <br> *AJ*, 23-cv-02201-YGR <br> *SM*, 23-cv-03562-YGR <br> *JO*, 23-cv-03700-YGR <br> *NP*, 23-cv-05356-YGR <br> *DS*, 23-cv-02668-YGR <br> *YS*, 23-cv-03538-YGR <br> *MS*, 22-cv-08924-YGR <br> *DV*, 23-cv-02135-YGR <br> *AR*, 23-cv-02405-YGR <br> *Cal. Coalition*, 23-cv-04155-YGR <br> *RC*, 23-cv-03716-YGR <br> *JR*, 23-cv-03994-YGR <br> *Andrea Reyes*, 22-cv-07704-YGR <br> *KC*, 23-cv-03997-YGR <br> *NE*, 23-cv-03641-YGR <br> *SF*, 23-cv-04437-YGR <br> *JF*, 23-cv-04434-YGR |

| | |
|---|---|
| 1 | *DG*, 23-cv-05339-YGR |
| 2 | *DG*, 23-cv-03390-YGR |
| 3 | *SAH*, 23-cv-04317-YGR |
|   | *JM*, 23-cv-04283-YGR |
| 4 | *MP*, 23-cv-04435-YGR |
| 5 | *LR*, 23-cv-04361-YGR |
|   | *RR*, 23-cv-04436-YGR |
| 6 | *CV*, 23-cv-04321-YGR |
| 7 | *AZ*, 23-cv-03827-YGR |
|   | *AC*, 23-cv-04691-YGR |
| 8 | *Chaney et al.*, 23-cv-02986-YGR |
| 9 | RR, 23-cv-05392-YGR |
|   | *Gonzalez*, 23-cv-04611-YGR |
| 10 | *RR*, 23-cv-5294-YGR |
| 11 | *MJR*, 23-cv-05821-YGR |
|    | *Genesis Preciado*, 22-9096-YGR |
| 12 | RR, 23-cv-05392-YGR |
| 13 | RR, 23-cv-05294-YGR |

Cases not yet related:
*Hill et al.*, 23-cv-05374-LB
*AT*, 23-cv-05343-HSG
*AP*, 23-cv-05623-AMO

**MONTHLY SUBMISSION OF PLAINTIFFS' COUNSEL SPREADSHEET**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff hereby submits the monthly updated Plaintiffs' Counsel Spreadsheet per the Judge's order. The spreadsheet is attached hereto.

Respectfully Submitted,

Dated: April 1, 2024          **THE PRIDE LAW FIRM**

/s/ Jessica K. Pride
Jessica K. Pride
Email: jpride@pridelawfirm.com
Attorneys for Plaintiff

Dublin Plaintiffs' Counsel Spreadsheet

| G.H | OFFICE | LEAD ATTORNEY & EMAIL | USA COUNSEL | CLIENT | CASE NUMBER and/or FILING STATUS | ALLEGED PERPETRATOR(S) | STATUS OF SERVICE | BRIEF FACTS ALLEGED IN COMPLAINT/CLAIM |
|---|---|---|---|---|---|---|---|---|
| 1 | THE PRIDE LAW FIRM | Jessica Pride; jpride@pridelawfirm.com | USAO-EDCA | M.R. | 4:22-cv-05137-YGR (Leading Case) | Ray J. Garcia, Ross Klinger | USA- Served Klinger- Served Garcia-Served | CO Klinger initiated and continued a verbal and physical sexual relationship with MR. This relationship lasted from April through October of 2020. CO Klinger manipulated MR into performing oral sex and engaging in forced sexual intercourse in the conex box. He eventually used money to silence MR's family from reporting his conduct. |
| 1 | | | USAO-DOR | M.S. | 4:22-cv-08924-YGR | Ray J. Garcia, Officer Maven (John Doe 1), John Bellhouse, Jeffrey Wilson, Guido Abellera, MD | USA- Served Bellhouse-Served Garcia-Served Abellera-Served incorrect person and voluntarily dismissed Doe1-Maven-Not served Wilson- Out for service | CO Maven began forcing her to have sexual intercourse with him. Dr. Abellera stuck his fingers inside her vagina during pap smear and asked "how does that feel?" in a sexual manner. CO Bellhouse digitally penetrated her which was unwelcomed and continued to sexually assault her while she was in the recycling program. |
| 1 | | | USAO-DCO | D.V. | 4:23-cv-02135-YGR | Ray J. Garcia, Enrique Chavez | USA- Served Garcia-Served Chavez-Served | Had an ongoing relationship with CO Enrique Chavez. Would meet in his office. She showed him her breasts and he grabbed them. He kissed her and touched her private areas. |
| 1 | | | USAO-EDWA | A.J. | 4:23-cv-02201-YGR | Fraser Cohen, Jeffrey Wilson | USA-Served Cohen-Served Wilson-Out for service | When she arrived, Paramedic Fraser Cohen grabbed her breasts with no chaperone. CO Ramos consistently watched her shower. CO Ramos and CO Phillips made her strip, cough, squat for cavity search 2 times in front of group of men. |
| 1 | | | USAO-SDCA | C.C. | 4:23-cv-02206-YGR | Ray J. Garcia, Sergio Saucedo | USA-Served Garcia-Served Saucedo-Served | CO Sergio Saucedo made her undress in front of him multiple times. He watched her shower and ripped the shower curtain open on her multiple times. |
| 1 | | | USAO-DNV | J.A. | 4:23-cv-02342-YGR | Ray J. Garcia, Darrell Smith, Isaac Venegas | USA-Served Garcia-Served Smith-Served Venegas-Served | When she was leaning over ice chest, Officer Venegas rubbed against her back and butt with his penis/body. He would meet with her in his office where there were no cameras. Officer Smith watched her shower. |
| 1 | | | USAO-EDCA | A.R. | 4:23-cv-02405-YGR | Ray J. Garcia, Ross Klinger, Jaime Perez | USA-Served Garcia-Served Klinger-Served Perez-Served | CO Klinger would bribe her with food and flirt with her sexually. She witnessed him have sex with MR in conex box multiple times. CO Perez spoke nasty to her too. He bumped up against her, grabbed her boobs and took photos of her. |
| 1 | | | USAO-DOR | D.S. | 4:23-cv-02668-YGR | Ray J. Garcia, John Bellhouse, Jeffrey Wilson | USA-Served Garcia-Served Bellhouse-Served Wilson-Served | CO Bellhouse sexually assaulted her. Specifically, he digitally penetrated her while attempting to remove her towel in her cell after she showered. Wilson forced her to kiss him, touch his penis and he pinched her nipples in the medical room. |
| 1 | | | USAO-SDCA | L.A. | 4:23-cv-03475-YGR | Ray J. Garcia, Sergio Saucedo, Jeffrey Wilson | USA-Served Garcia-Served Saucedo-Served Wilson-Out for service | CO Saucedo attemted to form romantic relationship while she worked with him during quarantine. Forced to show her breasts to CO Wilson with no chaperone present. CO Saucedo had her bend over and sexually harassed her. |
| 1 | | | | Y.S. | 4:23-cv-03538-YGR | Ray J. Garcia, Sergio Saucedo, Jeffrey Wilson | USA-Served Garcia-Served Saucedo- Served Wilson- Out for service | CO Saucedo watched her in the showers/pulled curtain back and while she was changing. Verbally harassed her during qurantine. |
| 1 | | | USAO-SDCA | L.C. | 4:23-cv-03558-YGR | Ray J. Garcia, Sergio Saucedo | USA-Served Garcia-Served Saucedo-Served | CO Saucedo ripped open the shower curtain while she was showering, causing her to fall over so he could see her naked body. |
| 1 | | | USAO-DAK | S.M. | 4:23-cv-03562-YGR | Ray J. Garcia, David Perez | USA-Served Garcia-Served Perez- Out for service | She was in a "relationship" with CO Perez for 4 years. He madeout with her, touched her breasts, and she touched his penis. She has "David" tattoed on her arm. Perez brought her into the office approximately every other week to engage in sexual misconduct. |
| 1 | | | USAO-NDCA | J.O. | 4:23-cv-03700-YGR | Jay Alexander | USA-Served Alexander-Not served yet | Hurt her tailbone. She saw Alexander and he pulled her underwear down, touched her inner thighs and butt in front of CO Valtierra - he was standing there guarding the door. |
| 1 | | | USAO-DAZ | J.C. | 4:23-cv-04698-YGR | Ray J. Garcia, Enrique Chavez, Andrew Jones | USA-Served Garcia-Served Chavez-Served Jones-Served | Inappropriate comments from CO Chavez about "sucking his dick" in return for a bonus. She did not comply. Would show her inappropriate pictures and brush up against her with erect penis. CO Jones would make similar comments and grab himself and show her. |
| 1 | | | USAO-DOR | N.P | 4:23-cv-05356-YGR | Ray J. Garcia, John Bellhouse, Michael S. O'Connor | USA-Served Garcia-Served Bellhouse-Served O'Connor-Served | CO Bellhouse touched her a lot and put his hand down her pants, shoving his fingers into her vagina. He snuck her a cell phone in the conex box. CO O'Connor cupped her butt and brushed over her chest. |
| | | | | R.R. | Claim form mailed 9/14/23 | Darrell Smith, John Bellhouse, David Perez | | Smith would stick his hands down her underwear and over her butt cheeks. He would try to penetrate her. He would touch her breasts over the clothes. Bellhouse would make inappropriate comments and grope and spank her butt while working in Safety. He would grab his erect penis over his clothes in front of her. Perez asked her for pics. He forcefully kissed her and squeezed her breasts over her shirt. |
| | | | | C.B. | Claim form mailed 11/28/23 | Jeffrey Wilson | | During an examination, CO Wilson rubbed up against her breasts and groped her butt. He tried to come onto her. |
| | | | | C.M. | Updated claim form mailed 11/28/23 | Darrell Smith | | CO Smith would touch her butt and breasts over and under the clothes. He would masturbate in front of her. |
| | | | | V.G. | Claim form mailed 2/2/24 | Nicholas Ramos, Sergio Saucedo, Andrew Jones | | When they would take showers, Saucedo, Ramos, or Jones would walk in on them. On several occasions, one of them would stick their hand in the shower to touch her. They would touch her back, her hair, and her butt. They would call her "exotic". They would also walk in on them getting dressed. |
| | | | | C.G. | Claim form mailed 2/2/24 | Darrell Smith | | Smith started harassing her in 2019. He would ask her to dance for him. Things got physical in the summer of 2019. He fondled her breasts over her clothes. In the fall of 2019, he took her into the laundry room and told her to give him oral. He gave her soup packets afterwards. She avoided him after that so there was no further physical contact. He would look into her cell window and make suggestive comments about going to her room or having a radio on him so she could dance for him. This continued until he was walked off in 2022/23. |
| | | | | J.W. | Claim form mailed 3/29/24 | Darrell Smith, Andrew Jones | | CO Smith started by showing her music and then started caressing her legs; she was wearing shorts. He touched her vagina over her clothes and then reached under and touched her skin to skin. He groped her breasts over her clothes and skin to skin. This was a one-time occurrence. He continued to call for her, but she didn't show up. He brought her a vape. She did not report. Around the same time, she was facing physical abuse from CO Andrew Jones who would harass her into being lookout for him. She didn't want to mention who he was assaulting during that time. He would bring her ice-cream, candy bars, and other snacks. He would let her use a laptop. |
| | | | | L.P. | Claim form mailed 3/29/24 | Lopez, Agustini, Figueroa | | Perp is a female officer(Lopez) in commissary. In November 2023, Lopez conducted an unauthorized strip search on her and 3 other inmates in the chapel. She made her strip down and stand naked. She had her turn around 4 times and then bend over, spread her cheeks and cough. SIS Lt Hardy was called into the chapel, and she spoke with each individual woman about the strip searches. Hardy acknowledged that the search was unauthorized, and that her case was PREA. |
| 1 | McLANE, BEDNARSKI & LITT, LLP | David S. McLane; dmclane@mbllegal.com | USAO-DOR | G.P. | No. 4:22-cv-09096-YGR;filed Bivens claims, First Amended Complaint alleging FTCA claims filed 12/1/23 | John Russell Bellhouse, Ray J. Garcia, United States of America | | On multiple occassions CO Bellhouse touched breasts, buttocks, inner thigh near vagina, and rubbed his penis against her buttocks; Garcia failed to train, supervise and discipline although aware of Dublin "rape club" and participated in it with other victim inmates; and United States failed to train, supervise and discipline Garcia. |
| 1 | THE WAGNER LAW GROUP | Nicholas J.P. Wagner; butch@thewagnerlawgroup.com Laura E. Brown; laura@lauraebrown.com | USAO-WDWA (approval pending) | L.C., M.W. and P.G. | 3:23-cv-02986 | Espinosa, Jones, Kershaw, O'Connor and Darrell Smith | FBOP - Served; USA - Served; O'Connor - Out for service; Kershaw - Not served yet; Espinosa - Not served yet; Smith - Not served yet | Kershaw/Smith forced M.W. to have sex with her roommate while they watched on separate occassions. Espinosa intentionally open M.W.'s door to watch her take a shower and undress on mutliple occassions. |
| | | | | | | | | Smith forcibly touched, fondled, groping and sucking on P.G. breasts and slid his bare penis between P.G.'s legs. |
| | | | | | | | | O'Connor forced L.C. to undress and he would rub his bare penis over her body. Jones threatened and verbally abused L.C. not to report his behavior. |
| 1 | | | | G.H., N.R., and C.A. | 4:23-cv-05374 | Espinosa, Ramos, Salcido and Smith. | FBOP - Served; USA - Served; Espinosa - Not served yet; Ramos - Not served yet; Salcido - Not served yet; Smith - Not served yet | Espinosa harrased G.H. on a daily basis to take down a screen she used when she was changing/using toilet so he can see her naked body. |

1

| # | Firm | Contact | USAO | Claimant | Case/Status | Defendant(s) | Service | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | N.R. | | | | Ramos/Salcido targeted N.R. constantly for sexual advances, comments and unwanted physical contact of a sexual nature. N.R. was harrased several times a week for sexual favors and put in the SHU for complaining of Ramos/Salcido. |
| | | | | C.A. | | | | C.A. was sexually assaulted/abused by officers repeatedly while she slept. C.A. was fondled, molested and sexually abused and targeted for sexual favors. C.A. was retaliated against when she complained and put in the SHU |
| | | | | L.F | Claim form filed | Enrique Chavez | N/A | While incarcerated at FCI Dublin, Complainant was working in the food services department when Officer Chavez (aka ,"D" Chavez), who worked for BOP, ordered her to get something out of the freezer. He became irate and physically violent. He struck her on the side of her head and verbally berated her. |
| | | | | Y.C | Claim form filed | Andrew Jones and CO Ramos | N/A | Touched, groped and sexually harassed by CO Jones. CO Ramos would watch her as she showered. She was retailiated against when she filed PREA |
| | | | | M.N. | Claim form filed | O'Connor | N/A | Claimant suffered sexual harassment and sex-based discrimination during her incarceration at FCI Dublin. O'Connor would constantly walk past Claimant and brush his "dick" against her buttocks throughout the whole time claimant was in the kitchen performing her duties. On multiple occasions, O'Connor would also take his hand and place them on Claimant's buttocks or his back while she was bent over or if she did not see him walking behind her. O'Connor would continue these acts almost everyday when Claimant would report to work in the kitchen. Claimant was scared to report the almost daily assaults in fear of being sent to the Special Housing Unit, which would have been the retaliation against her reporting O'Connor's conduct. |
| | | | | G.R. | Claim form filed | FCI Dublin, plus admin | N/A | Claimant was one of the initial whistle blowers about sexual abuse at FCI Dublin. Since her arrival in 2019, she discovered that guards and the warden were having sex urith female inmates' At one point in December Z179,Claimant went to SIS (Special Investigations) and reported the sexual abuse. Mr' Putnum, the head of SIS at the time, asked her to bring him evidence. She worked for Mr' Putnum as a CI whiie she was at Dublin, but mainly on drugs that were coming in. Since Claimant helped a lot of inmates with their legal paperwork, she had a very comfortable relationship with most everyone' over time, she convinced them to speak up about the sexual abuse' claimant reported the sexual abuse to her case manager, who sent Claimant to the unit manager' The unit manager replied it wasn't a big deal, she didn't want to hear about it, and told Claimant 'Just do your time and go home'" |
| | | | | B.S | Claim form filed | FCI Dublin, plus admin | N/A | Following claimant's arrest for transportation of a controlled substance, she remained in custody with the Federal Bureau of Prisons wnich placed her in CoreCivic's Otai Mesa Detention Center. On January 23,2021, she was assaulted while incarcerated. Her physical person was assaulted due to unwanted touching. Claimant was unable to protect herself from the assault and suffered injuries due to the assault |
| 1 | THE JACOB FUCHSBERG LAW FIRM | | | T.G. | 4:23-cv-06285-YGR | Ray J. Garcia | USA - Served / Garcia - Served | Garcia sexually harassed and assaulted her on numerous occasions, including two incidents of forced groping and digital penetration. |
| 1 | | | | S.R.V. | 4:23-cv-06285-YGR | Ray J. Garcia | USA - Served / Garcia - Served | Garcia sexually harassed and assaulted her on numerous occasions, including two incidents of forced oral sex. |
| | | | | M.M. | Claim form filed | Ray J. Garcia | N/A | Garcia sexually abused her on numerous occasions, including an incident of physical touching and many incidents of voeurysm. |
| | | | | M.L. | Claim form filed | Ray J. Garcia | N/A | Garcia sexually harassed and assaulted her on repeat occasions, including an incident of physical touching and incidents of voeurysm and taking naked photo. |
| | | | | J.W. | Claim form filed | Darrell Smith, Ray J. Garcia | N/A | Garcia sexually harassed and propositioned her. She was also inappropriately touched and groped by Smith on over 10 occasions. |
| | | | | C.S. | Claim form filed | Darrell Smith, FNU Carasco | N/A | Smith sexually harassed and digitally penetrated her. Carasco also sexually harassed, groped, and made her show her body to him on repeat occasions. |
| | | | | M.P. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including digitally penetrating her. |
| | | | | L.J. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including digitally penetrating and then raping her. |
| | | | | L.B. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including groping and digitally penetrating her. |
| | | | | C.A.H. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including digitally penetrating and then raping her. |
| | | | | M.C. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including fondling her breasts and forcing her to expose herself. |
| | | | | C.R. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including digitally penetrating her repeatedly, making her touch his penis, and making her perform sexual acts on another inmate. |
| | | | | J.M. | Claim form filed | Darrell Smith | N/A | Smith sexually harassed and abused her on repeat occasions, including fondling her breasts, rubbing her vagina, and forcing her to expose herself. |
| | | | | Y.Y. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including raping her and physically assaulting her. |
| | | | | A.A. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including incidents of forcibly groping her vagina and buttocks. |
| | | | | C.W. | Claim form filed | Nakie Nunley; Fraser Cohen | N/A | Nunley sexually harassed and abused her on repeat occasions, including touching her vagina and showing her his penis. Cohen also sexually harassed her and fondled her breasts. |
| | | | | T.H. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including incidents of forcibly groping her buttocks and/or spanking her. |
| | | | | K.S. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including digitally penetrating her, touching her vagina, making her perform sexual act with another inmate, and showing her his penis. |
| | | | | N.A. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including touching her breasts, making her perform sexual act with another inmate, and showing her his penis. |
| | | | | A.S. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including digitally penetrating her, touching her vagina, making her perform sexual act with another inmate, and making her touch his penis and give him oral sex. |
| | | | | K.C. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including incidents of forcibly groping her upper body and rubbing his penis against her. |
| | | | | J.A. | Claim form filed | Nakie Nunley | N/A | Nunley sexually harassed and abused her on repeat occasions, including incidents of forcibly groping her upper body and rubbing his penis against her. |
| | | | | A.D. | Claim form filed | Nakie Nunley; Justin Bell | N/A | Nunley sexually harassed and abused her on repeat occasions, including incidents of forcibly groping her buttocks and breasts and propositioning her to have sex with him. Bell also repeatedly touched her buttocks. |
| | | | | A.N. | Claim form filed | Andrew Jones | N/A | Jones sexually harassed and abused her on repeat occasions, including two incidents of forcible rape. |
| | | | | I.W. | Claim form filed | Andrew Jones; Patrick Pool | N/A | Jones sexually harassed and abused her on repeat occasions, including two incidents of forcible rape. Pool also sexually harassed her and forced her to touch his penis. |
| | | | | T.A. | Claim form filed | Cedric Kinlaw | N/A | Kinlaw sexually harassed and abused her on repeat occasions, including propositioning her, making her touch his penis, and her breasts. |
| | | | | O.M. | Claim form filed | Ronald St. Clair | N/A | St. Clair sexually harassed and abused her on repeat occasions, groping or slapping her buttocks and making her look at his penis. |
| | | | | C.C. | Claim form filed | Sebastian Glaze | N/A | Glaze sexually harassed, propositioned her to have sex with him, and rubbed his penis against her buttocks. |
| | | | | S.Y. | Claim form filed | John Bellhouse | N/A | Bellhouse sexually harassed her on repeat occasions, including repeatedly isolating her in close proximity to him and touching her sexually. |
| | | | | M.R. | Claim form filed | John Bellhouse; Nicholas Ramos | N/A | Bellhouse sexually harassed her on repeat occasions, including by seeing her naked body as well as making her witness her cellmate's sexual abuse. Ramos also tormented her and looked at her naked body on repeat occasions. |
| | | | | S.F. | Claim form filed | Nicholas Ramos | N/A | Ramos sexually harassed her on repeat occasions, including repeatedly rubbing his penis against her backside. |
| | | | | L.O. | Claim form filed | Jeffrey Wilson; Darrell Smith | N/A | Wilson sexually harassed her and rubbed against her, leading her to file a PREA charge against him. In addition, Smith sexually harassed and abused her on repeat occasions, including making her show her breasts to him and making her perform sexual acts on another inmate. |
| | | | | J.D. | Claim form filed | Jeffrey Wilson | N/A | Wilson sexually harassed and abused her, including by touching her buttocks inappropriately on two occasions. |
| | | | | M.N. | Claim form filed | Jeffrey Wilson | N/A | Wilson sexually harassed and abused her, including by touching her breasts inappropriately on repeat occasions. |
| | | | | R.F. | Claim form filed | Fraser Cohen | N/A | Cohen sexually harassed and inappropriately touched her breasts on many occasions. |
| | | | | A.G. | Claim form filed | Fraser Cohen | N/A | Cohen sexually harassed her and inappropriately touched her body without medical justification. |
| 1 | LAW OFFICE OF CHARLES W. COE | Charles Coe; charlielaw@gci.net | | R.R. | Case No. 23-cv-05294-YGR | Ray J. Garcia | Garcia-Served | CO Garcia specifically sexually abused RR, had sexual contact with her, kissed her, violated her constitutional rights, made derogatory sexual comments to her, took sexually related photos of her, and intimidated her into performing sexual acts and produced photos of her. |
| 1 | | | USAO-DAK | R.R. | Case No. 23-cv-05392-YGR | USA | USA-Served | Garcia sexually assaulted RR and threatened RR, took pictures of her unclad both at FCI Dublin and while she was in a half way house in AK |
| 1 | WALKUP, MELODIA, KELLY & SCHOENBERGER | Matthew Davis; mdavis@walkuplawoffice.com | USAO-EDCA | Andrea Reyes | 4:22-cv-07704-YGR | Klinger | USA Served and has answered | CO Klinger initiated and continued a verbal and physical sexual relationship with Andrea while supervising her as part of the Recyling team she was on and he supervised. Starting in 2018, Klinger used his position to sequester her and make advances, kissing her at one point. He accessed her personal file to perpetuate psychological, emotional and manipulate her. he made it clear he knew a lot about her and her kids staying with her mother. Used favors, gifts to her kids and money to develop a non-consensual sexual relationship. Relationship was initiated in 2018, developed further in 2019 and oral sex and vaginal penetration began from April 2020 to October 2020. Klinger used supervisorial status as Recycling technician to sequester her and engage in sexual acts. She went public with her case. |
| 1 | ROSEN BIEN GALVAN & GRUNFELD LLP/CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE/ RIGHTS BEHIND BARS/ARNOLD & PORTER | Kara Janssen; kjanssen@rbgg.com; Susan Beaty; susan@ccijustice.org; Oren Nimni; oren@rightsbehindbars.org carson.anderson@arnoldporter.com | USAO-DMT | Class Action: California Coalition for Women Prisoners | 4:23-cv-04155 | USA BOP; BOP Director Colette Peters (official capacity); FCI Dublin Warden Thahesha Jusina (official capacity) | All served | Organizational Plaintiff in class action requesting injunctive relief to address ongoing, rampant sexual misconduct by Staff at FCI Dublin which officials have been aware of for decades. |
| | | | | R.B. | 4:23-cv-04155 | Cortez, O'Connor | N/A | Was watched by Cortez as she was disrobed administering an enema; physically threatened by O'Connor after she witnessed him sexually harassing other incarcerated women. |

| | Firm | Contact | USAO | Plaintiff | Case No. | Defendants | Service Status | Allegations |
|---|---|---|---|---|---|---|---|---|
| | | | | A.H.R. | 4:23-04155 | Vazquez, Jones, Bellhouse, Serrano | Jones and Bellhouse have been served; Vazquez and Serrano are pending service | Forced to act as lookout for officers, sexually harassed and kissed by Officer Vazquez; harassed by Serrano. |
| | | | | S.L. | 4:23-04155 | Gacad, Putnum, Vazquez, Serrano, Lt. Jones | Gacad and Putnum have been served. Serrano, Lt. Jones, and Vazquez are pending service | Gacad groped and kissed her, touched her genitals. After he quit he moved to where her family is and became friends with them and continued to harass her; also harassed by Serrano and Vazquez. |
| | | | | J.L. | 4:23-04155 | Jones, Pool, Putnum | Jones, Pool, and Putnum have been served | Raped, assaulted, and harassed by Officer Jones; harassed by Pool. |
| | | | | J.M. | 4:23-04155 | Jones, Pool, Nurse Cohen, | Jones and Pool have been served, Cohen N/A | witnessed Jones and Pool abusing people; Was groped by Nurse Cohen during medical exam. |
| | | | | G.M. | 4:23-04155 | Nunley, Smith, Putnum, Shirley, Lt. Jones | Putnum and Shirley have been served. Nunley, Smith, and Lt. Jones are pending service | Nunley sent notes and tried to get her to have sex with him, would rub on her at work; Smith regularly watched her shower, witnessed Smith force others to perform sexual acts. |
| | | | | A.S. | 4:23-04155 | Smith, Lt. Jones, Lewis | All pending service | Smith harassed her, watched her shower, forced her to strip, masturbated in front of her. |
| | | | | L.T. | 4:23-04155 | Smith | Pending service | Smith had her dance and strip for him, groped her. |
| 1 | | | | A.C. | 4:24-cv-01385 | USA; USA BOP; Ray J. Garcia; Darrell Smith, Nicholas Ramos (not named), Dines (not named), Blanca (not named) | All pending service | Ramos: Sexually harassed A.C. for months (made sexual comments, whispered in her ear, came into her cell). Ramos directed CO DeLuca to subject A.C. to an invasive strip search (forced her to insert her fingers in her vagina). // Smith: Sexually harassed A.C. for months. Came to her cell and watched her on the toilet multiple times. About 10 times, he locked her in the cell and refused to let her out until she lifted up her shirt or pulled down her pants, or touched herself while he watched. One time he fondled her breast. // Blanca: Watched A.C. while she was changing. // Dines: Rubbed his testicles on Plaintiff's property and retaliated against her by throwing her mattress over the balcony. |
| 1 | | | | A.L.R. | 4:24-cv-01360 | USA; USA BOP; Ray J. Garcia; John Bellhouse, Nicolas Ramos (not named) | All pending service | Bellhouse coerced A.L.R. into a romantic and sexual "relationship" that lasted months. Told her they would be together when she was released, brought her gifts. Bellhouse assaulted A.L.R. multiple times, including repeated kissing and groping, as well as oral sex on 3 occasions and digital penetration on 4-5 occasions. // Ramos: Retaliated against Plaintiff by sending her to the SHU, raiding her cell, and harassing her after Bellhouse was investigated for sexual abuse. |
| 1 | | | | A.Y. | 4:24-cv-01365 | USA; USA BOP; Alwine, Ramos (brother of Nicholas) (not named), Carson (not named), Phillips (not named), Turner (not named), Nicholas Ramos (not named) | All pending service | Allwine: Repeatedly went into A.Y.'s cell at night, removed her clothes and groped her. Digitally penetrated her multiple times. A.Y. believes Allwine also punched her bunkie in order to keep her quiet about the abuse. // Ramos: Physically assaulted A.Y. (hit her, threw her to the ground while handcuffed). // Turner: Sexual harassment by telling Plaintiff to "kiss his fucking ass." // Carson and Phillips: Retaliated against Plaintiff for reporting abuse by locking her in her room, sending her to the SHU, searching her room, and denying medications. |
| 1 | | | | M.D. | 4:24-cv-01369 | USA; USA BOP; Oliveros; Vargas (not named); Fraser Cohen (not named); Warden Ray J. Garcia (not named); Dines (not named); Putnam (not named) | All pending service | Oliveros forced Dixon and another incarcerated person to have sex while he watched. // Vargas physically assaulted Dixon, then placed him in SHU. While in SHU, Dines harassed Dixon and called him homophobic and transphobic slurs. // Cohen inappropriately touched Dixon's buttocks and made him expose himself to other people during medical appointments. // Bellhouse forced Dixon to leave his cell so he could have sex with Dixon's cellmate. // Ramos: retaliated against and threatened Plaintiff for talking with Latina women; transphobic harassment; racially-motivated harassment including ransacking Plaintiff's cell and racial slurs. // Dines: sexual harassment via vulgar slurs. // Putnam: Transphobic harassment and threats of violence; overt racism and slurs; ignoring Black individuals in the SHU; threatening to strip and harass Plaintiff if she dated outside his race; retaliating against Plaintiff for reporting abuse by putting him in the SHU and transferring him. |
| 1 | | | | Z.T.S. | 4:24-cv-01370 | USA; USA BOP; Sinclair, Enrique Chavez (not named); Andrew Jones (not named), Darrell Smith (not named); Ray J. Garcia (not named) | All pending service | Sinclair: Harassed and assaulted Z.T.S. for months (rubbed her back and shoulders, made sexual remarks, pressured her to go to the back room with him). Eventually he ordered her to "get down on her knees," when she said no, he grabbed her butt and shoved her to the ground. // Chavez: After Z.T.S. walked in on Chavez having sexual intercourse with an incarcerated woman, Chavez shoved her against a wall and threatened her. // Various kitchen workers retaliated against her after she witnessed sexual abuse (including throwing her in SHU for months). |
| 1 | | | | E.S. | 4:24-cv-01372 | USA; USA BOP; Ray J. Garcia; Cedric Kinlaw; Sinclair; Patrick Pool | All pending service | Kinlaw repeatedly sexually assaulted E.S. while she was working in the kitchen. She performed oral sex on him and they had vaginal intercourse multiple times. When she refused to have sex with him and attempted to end their contact, he forcibly raped her on two occasions. // Sinclair: acted as a lookout while Kinlaw raped Plaintiff. // Pool: Failed to report known sexual abuse. // ES was also sexually harassed by an employment specialist at a BOP halfway house in fall of 2022. |
| 1 | | | | F.S. | 4:24-cv-01375 | USA; USA BOP; Ray J. Garcia; Patrick Pool; Sergio Saucedo; Nicholas Ramos (not named) | All pending service | Pool raped F.S. 30-60 times -- about twice a week for months. Ramos and Saucedo escorted F.S. to have sex with Pool, and acted as lookouts. Sometimes Ramos and Saucedo held F.S. down while Pool raped her. Pool was often violent with F.S. before raping her, grabbing her by her hair and choking her. When she tried to refuse, he would have Ramos and Saucedo escort her back to her cell, toss her cell, then bring her back a couple of hours later to assault her. |
| 1 | | | | H.G. | 4:24-cv-01376 | USA; USA BOP; Ray J. Garcia; Enrique Chavez; Andrew Jones; Cedric Kinlaw | All pending service | Chavez sexually harassed and assaulted H.G. for months. He touched her breasts and genitals over her clothes, and touched her genitals under her clothes several times. He threatened to report her to immigration, or throw her in SHU, if she reported him. // Kinlaw and Jones forced H.G. to act as a lookout while they sexually assaulted other women in the kitchen. |
| 1 | | | | K.D. | 4:24-cv-01379 | USA; USA BOP; Ray J. Garcia; Enrique Chavez; Bilbo | All pending service | Garcia: Sexually harassed K.D. for about 10 months (made sexual comments, advances). On about 8 occasions, visited her cell and demanded she undress, show him her breasts and genitals. // Chavez: Also came to KD's cell to undress, make comments about her body. Several times he followed her into the kitchen freezer and grabbed her buttocks and breasts. // Bilbo ordered her to wear a bra for him while he looked at her 4-5 times a week for 4-6 months. |
| 1 | | | | M.L. | 4:24-cv-01381 | USA; USA BOP; Ray J. Garcia; Justin Bell | All pending service | Bell harassed M.L. for months (came to her cell and stared at her, waited for her outside the shower, made sexual remarks). One day he came into her cell and groped her breasts and buttocks and digitally penetrated her. After that, continued to visit and harass her for months. |
| 1 | | | | R.W. | 4:24-cv-01383 | USA; USA BOP; Ray J. Garcia; Darrell Smith; Cedric Kinlaw | All pending service | Smith: Sexually harassed R.W., forced her to "exchange sexual favors" for not filing incident reports twice. First time he forced her to perform oral sex on another incarcerated woman, second time he forced her to dance naked and touch her genitals while he watched. // Kinlaw: Sexually harassed R.W. (made him call her "daddy", made sexual remarks), later sexually assaulted her (including oral sex). |
| 1 | | | | J.H. | 4:24-cv-01384 | USA; USA BOP; Ray J. Garcia; Andrew Jones | All pending service | Jones sexually harassed and assaulted J.H. dozens of times while she was working in the kitchen, almost everyday for over a year (grabbed her butt, held her from behind her, kissed her, repeatedly asked her to have sex with him). On one occasion, he had vaginal intercourse with her. |
| 1 | BURNS & COHAN | Todd Burns; todd@burnsandcohan.com | USAO-WDWA (approval pending) | R.C. | 4:23-cv-03716-YGR | CO Andrew Jones | Jones-Served | R.C. was raped and repeatedly sexually, physically, and verbally abused by CO Jones, including his putting his penis into her vagina and mouth, body-slamming R.C. to the ground in the kitchen in front of other inmates, and taking photographs of R.C. while she was naked. |
| 1 | | | USAO-WDWA (approval pending) | J.R. | 4:23-cv-03994-YGR | CO Andrew Jones | Jones-Served | Jones threatened J.R. with physical violence to coerce her into standing watch, so he would not be caught, while he raped and sexually abused other inmates. |
| 1 | | | USAO-WDWA (approval pending) | M.J.R. | 4:23-cv-05821-YGR | CO Andrew Jones (FCI Dublin); CO Glacier (FCI Dublin); CO Paredes (FDC Houston); CO Burks (FTC Oklahoma) | Jones-Served (Only named defendant) | M.J.R. suffered sexual, physical, mental, and verbal abuse at several BOP facilities, including: (1) CO Glacier repeatedly slapping her behind and fondling her breasts; (2) CO Paredes refusing to give her a shower curtain and then watching her shower, and allowing other guards to watch her shower; (3) CO Burks kissing her, slapping her buttocks, watching her shower, and putting his penis in her mouth; and (4) CO Jones threatening her, rubbing his groin area and penis against her buttocks while clothed, rubbing against her breasts, and shoving her. |
| 1 | IREDALE & YOO, APC | Eugene Iredale; egiredale@iredalelaw.com; Julia Yoo; jyoo@iredalelaw.com | | Dinhora Baez Gonzalez | 4:23-4611-YGR | Ray Garcia, Darrell Smith, Theodore Ramos, Enrique Chavez | USA-served; Garcia-waived service; Smith-service attempted but unsuccessful thus far; Chaves-not served; Ramos-deceased | All individual defendants sexually harassed, coerced and abused Baez during her sentence at FCI Dublin. Garcia made Baez dance naked and coerced to fellate him on three occassions. Garcia threatened her and grabbed her breasts and buttocks on more than a dozen occassions. Smith masturbated in front of Baez on two occassions. He woul grope her and grind against her while requiring her to dance. Chavez touched her breasts, grabbed her buttocks and had her sit on his lap. |
| | SLATER SLATER SCHULMAN LLP | J. Kyle Gaines, kgaines@sssfirm.com; James W. Lewis; jlewis@sssfirm.com | | | | | | |
| 1 | | | | N.E. | 4:23-cv-03641-YGR | Nicholas Theodore Ramos | | Ramos took N.E. several times to the utility closet, where he fondled client's breasts and buttocks, over and under her clothes. |
| 1 | | | USAO-EDCA | A.Z. | 4:23-cv-03827-YGR | Ross Klinger | | Klinger called A.Z. into his office and digitally penetrated A.Z.'s vagina, and kissed her on her lips. Klinger offered her privileges and contraband for sex everyday. On one instance, A.Z. broke her pinkie finger trying to avoid the abuse. |
| 1 | | | | K.C. | 4:23-cv-03997-YGR | Nicholas Theodore Ramos | | Ramos came into K.C. with the excuse of a search, closed the door, and fondled K.C.'s breasts and buttocks over and under her clothes. Ramos then forced K.C. to perform oral sex on him with threats to send K.C. to isolation if she did not comply. |
| 1 | | | | S.F. | 4:23-cv-04437-YGR | Nicholas Theodore Ramos; Vazquez (DOE); Luna (DOE) | | Ramos used to rub S.F. from behind, making her feel his penis. Sometimes, Ramos also fondled S.F.'s buttocks over her clothes. Vazquez (DOE) would call S.F. to his office in the kitchen and fondle her breasts over her clothes. Vazquez also rubbed S.F.'s from behind, making her feel his penis. Luna would enter the showers when S.F. and other inmates were showering and stare at them. Luna also entered the cell during the night and stared at S.F. She had to take sleeping pills to avoid waking up at night. |
| 1 | | | USAO-EDCA | J.F. | 4:23-cv-04434-YGR | Ross Klinger | | Klinger took J.F. to the wearhouse, where he told J.F. he needed help to move some boxes. While inside, Klinger got close to J.F. and started kissing J.F., fondled her breasts, buttocks, and vagina, over and under her clothes. Klinger also took J.F.'s hand and tried to force her to grab his penis. |

| # | Firm | Contact | USAO | Initials | Case No. | Defendants | Service | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | S.H. | 4:23-cv-04317-YGR | Fraser Cohen; Darrell Wayne Smith | | Cohen stayed longer than needed during a breast exam, fondling and massaging S.H.'s breasts. The touching was inappropriate and unprofessional. Smith brushed S.H. from behind and made her feel his penis. He also brushed S.H.'s breasts and made sexual comments about that part of her body. |
| 1 | | | | J.M. | 4:23-cv-04283-YGR | Nakia Nunley | | Nunley abused J.M. in his office and a supply closet. Nunley fondled J.M.'s breasts, over and under her clothes, and vagina over her clothes. Sometimes Nunley grabbed J.M. from behind and pressed his penis against J.M.'s backside. |
| 1 | | | | M.P. | 4:23-cv-04435-YGR | Enrique Chavez | | While M.P. was working in the kitchen, Chavez came from behind and pressed his erected penis against M.P.'s buttocks. |
| 1 | | | | L.R. | 4:23-cv-04361-YGR | Darrell Wayne Smith | | Smith came into L.R. during the night while she was sleeping. Smith fondled L.R.'s breasts under her clothes and digitally penetrated L.R.'s vagina. |
| 1 | | | | R.R. | 4:23-cv-04436-YGR | Andrew Jones; Sebastian L Glaze | | Jones would call R.R. into his office and, after making sexual comments, grab R.R. from behind and fondled R.R.'s buttocks and pressed his penis against her. Jones threatened her with writing a report if she filed a grievance.<br>Glaze abused R.R. the same way Jones did. He fondled R.R.'s buttocks in the office and pressed his penis against her. R.R. thinks Jones and Glaze were friends because both told her the same things. |
| 1 | | | | C.V. | 4:23-cv-04321-YGR | Andrew Jones | | During some time Jones took C.V. as his "favorite" and abused her sistematically. The abuses happened in the staff bathroom or Jones's office. Jones had intercourse with C.V. including anal sex. |
| 1 | | | | D.C. | 3:23-cv-06146 | Ryan Kershaw | No service yet | During Covid D.C. was placed in isolation. Kershaw came into D.G.'s cell several times and ordered her to undress. Kedrshaw fondled her naked body, breasts, buttocks and vagina. |
| 1 | | | | C.M. | 3:23-cv-06150 | Cedric Kinlaw | No service yet | Kinlaw followed C.M. into the refrigerator and fondled her brests, buttocks and vagina. Kinlaw forced her to perform oral sex and masturbate him. |
| 1 | | | | D.G. | 4:23-cv-05339-YGR | Nicholas Theodore Ramos | | Ramos abuser D.G. multiple times in her cell after countdown. Ramos was aggressive and tossed D.G.'s cell. Ramos fondled D.G.'s breasts under her clothes and D.G.'s buttocks and vagina over her clothes. Ramos also watched D.G. while taking showers. D.G. could not report the abuses under threats of retaliation. |
| 1 | | | | A.T. | 4:23-cv-05343-HSG | Patrick Eugene Pool | | Pool abused A.T. multiple times in the kitchen. Pool took A.T. into the freezer or supply closet. Pool fondled A.T. breasts, buttocks, and vagina over and under her clothes. Pool forced A.T. to fondle his penis. Pool sucked A.T. beasts. Pool forced A.T. to perform oral sex on him. Pool bribed A.T. with food if she did not report the abuses. |
| 1 | | | | A.P. | 3:23-cv-05623-AMO | Andrew Jones | | Jones abuse A.P multiple times in the kitchen. While A.P. was cooking, Jones grabbed her from behind and rubbed his penis against A.P.'s buttocks. Jones fondled A.P.'s breasts over her clothes. Abuses happened many times in front of other inmates. Jones was known for paying other inmates to beat up inmates that complaint about the abuses. Jones fired A.P. from the kitchen after she started fighting the abuses. |
| | | | | I.B. | FTCA claim filed | Enrique Chavez | | I.B. was working in the kitchen, CO Chavez would fondle Claimants buttocks over her clothes. I.B. was in the closet in the kitchen grabbing supplies and CO Chavez grabbed Claimant's vagina over and under I.B. clothes. |
| | | | | J.J. | FTCA claim filed | Fraser Cohen | | During a EKG, Cohen fondled, touched and grabbed J.J.'s breasts and nipples under her clothes. |
| | | | | K.O. | FTCA claim filed | Fraser Cohen | | During a EKG, Cohen fondled, touched and grabbed K.O.'s breasts and nipples under her clothes. |
| | | | | R.M. | FTCA claim filed | Fraser Cohen | | During a EKG, Cohen fondled, touched and grabbed R.M.'s breasts and nipples under her clothes. |
| 1 | LAW OFFICE OF ALANA MCMAINS | Alana McMains; alana@mcmainslaw.com | USAO-DAK | A.C. | 5:23-cv-04691-NC | Stephen Silva | USA: Served; Garcia: Served; Silva: Not yet served | On four occasions, A.C. performed oral sex on Silva while he groped her breasts. A.C. had a prior history of sexual abuse. |
| 1 | LAW OFFICE OF DEBORAH M. GOLDEN/SIEGEL, YEE, BRUNNER & MEHTA | Deborah Golden; dgolden@debgoldenlaw.com EmilyRose Johns; emilyrose@siegelyee.com | | S.L. | 4:23-cv-06517 | Darrel Smith, Ray Garcia | Not yet | He began with sexual conversations and sexual gestures, then progressed to grabbing her. He would come to her cell and demand to touch her genitals, buttocks, and feet. He progressed to digital and anal penetration. |
| 1 | | | | T.C. | 4:23-cv-06330-YGR | Theodore Ramos | Not yet | Started with conversations and notes. Fondled her. Forced her to masturbate for him, forced fellatio and penile-vaginal intercourse. Held her in the SHU and told her she'd stay there forever if she told anyone. |
| **59** | | | | | | | | |

4