JESSICA K. PRIDE (SBN 249212)
jpride@pridelawfirm.com
ALFRED VON KESSLER IV (SBN 309453)
avk@pridelawfirm.com
THE PRIDE LAW FIRM
2831 Camino Del Rio S., Suite 104
San Diego, CA 92108
Telephone: (619) 516-8166
Facsimile: (619) 785-3414
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R.,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL CORRECTIONAL INSTITUTION ("FCI") DUBLIN; ROSS KLINGER; RAY J. GARCIA; and UNITED STATES OF AMERICA, a governmental entity,<br><br>        Defendants. | CASE NO. 4:22-cv-05137-YGR<br><br>**NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO. 3:24-cv-01980; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 7-11** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a related Case No. 3:23-cv-01980, *R.R. v. United States of America, et al.,* was filed on April 1, 2024 (Docket No. 1) in the United States District Court for the Northern District of California. Pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court for the Northern District of California, Plaintiff M.R. submits this Administrative Motion to Consider Whether Cases Should Be Related. Plaintiff further requests that this related case be transferred to the lowest-numbered case, 4:22-cv-05137-YGR before the Honorable Yvonne Gonzalez Rogers.

## I.   APPLICABLE STANDARD UNDER CIVIL L.R. 3-12

Pursuant to the United States District Court for the Northern District of California, "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Civil L.R. 3-12(a). According to this Court's local rule 7-11, when a party knows that an action filed in this district is related to an action which is pending in this District, "the party must promptly file in the lowest numbered case an Administrative Motion to Consider Whether Cases Should be Related." Civil L.R. 3-12(b).

In the interest of judicial economy, it would be more efficient for the related cases to be presided over by the same Judge. Further, it would be unduly burdensome for counsel and parties to be heard in separate courtrooms. Finally, rulings on motions that affect similar legal causes of action, would be more efficiently ruled upon by the same Judge.

## II.   Statement of the Relationship of the Actions

*M.R. v. Federal Correctional Institution "FCI" Dublin et al*., Case No. 4:22-cv-05137-YGR is related to 3:23-cv-01980, *R.R. v. United States of America, et al.,* filed on April 1, 2024. The cases are related because they both involve Defendants – United States of America (Federal Bureau of Prisons). The cases also concern a substantial portion of the same wrongful acts – sexual misconduct by FCI employees against female inmates. Therefore, the cases implicate the same causes of action, namely the Eighth Amendment's Cruel and Unusual Punishment Clause (Excessive Force and Deliberate Indifference), California's gender violence and sexual assault statutes (Civil Code §§ 52.4 and 1708.5), California common law (Battery and Negligence), and the Federal Tort Claims Act (28 U.S.C. §§ 1346(b), 1671-2680) ("FTCA").

THE PRIDE
LAW FIRM

Furthermore, the related cases share the following same questions of law and fact:

- Whether FCI Dublin employees engaged in illegal conduct with inmates;
- Whether FCI Dublin employees violated Plaintiff M.R. and R.R.'s right to be free from cruel and unusual punishment;
- Whether Defendants deprived Plaintiff M.R. and R.R. of their right to be free from cruel and unusual punishment; and
- Whether the United States breached its duty under the FTCA by failing to protect incarcerated inmates from sexual abuse by government employees.

As a result, under L.R. 3-12(b)(2), it will be unduly burdensome for the Plaintiffs in the related cases, and it will cause a duplication of labor and expense, or conflicting results, if the cases are conducted before different Judges.

## III. Conclusion

Because *M.R. v. Federal Correctional Institution "FCI" Dublin et al.*, Case No. 4:22-cv-05137-YGR is substantially related to 3:23-cv-01980, *R.R. v. United States of America, et al.,* this Court should grant Plaintiff M.R.'s Administrative Motion of Related Cases and transfer the case to the Honorable Yvonne Gonzalez Rogers.

Respectfully Submitted,

Dated: April 1, 2024

**THE PRIDE LAW FIRM**

/s/ Jessica K. Pride
Jessica K. Pride
Email: jpride@pridelawfirm.com

Attorneys for Plaintiff