UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL CORRECTIONAL INSTITUTION ("FCI") DUBLIN; ROSS KLINGER; RAY J. GARCIA; and UNITED STATES OF AMERICA, a governmental entity, <br><br> Defendants. | CASE NO. 4:22-cv-05137-YGR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO DEEM CASES RELATED AND TRANSFER** |

An Administrative Motion to Consider Whether Cases Should be Related has been filed by Plaintiff R.R. in Case No. 3:23-cv-01980. As the judge assigned to the first filed case, I find that 3:23-cv-01980, *R.R. v. United States of America, et al.,* is related to the above-captioned case assigned to me.

Accordingly, it is ordered that 3:23-cv-01980, *R.R. v. United States of America, et al.,* is hereby reassigned to me, and the Clerk shall notify the parties. The parties are instructed that the reassigned case is to bear the initials of

THE PRIDE LAW FIRM

- 1 -

[PROPOSED] ORDER RELATING CASES

1   the newly assigned Judge immediately after the case number. Any scheduled
2   proceedings in the reassigned case will be rescheduled.
3
4       IT IS SO ORDERED.
5
6
7   Dated: _____       _____
8                                   HONORABLE YVONNE GONZALEZ ROGERS
                                    United States District Court Judge