```
JAMES W. LEWIS (SBN 207599)
jlewis@sssfirm.com
J. KYLE GAINES (SBN 287536)
kgaines@sssfirm.com
```
**SLATER SLATER SCHULMAN LLP**
```
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Facsimile: (310) 773-5573
```

Attorneys for Plaintiff,
M.R.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R., an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL CORRECTIONAL INSTITUTION ("FCI) DUBLIN; ROSS KLINGER; RAY J. GARCIA; and UNITED STATES OF AMERICA, a governmental entity,<br><br>　　　　　Defendants. | Case No.  4:22-cv-22-5137-YGR<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION REGARDING RELATED CASES** |

Plaintiff has submitted a Motion regarding related cases, relating M.R. v. Federal Correction Institution "FCI" Dublin, *et al.*, Case No. 4:22-CV-05137-YGR and C.M. v. United States of America (Federal Bureau of Prisons), *et al.*, Case No. 4:23-CV-06150-JSW.

This Court, having considered the briefs and other documents in support of the Motion and being fully advised in this matter finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Motion regarding Related cases is GRANTED.

IT IS SO ORDERED.

Dated:  April 9, 2024　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　United States District Court ~~Magistrate~~ Judge