# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALDINE HILL; NICHOLE ROBINSON; and CHAROLLETTE ALARCON, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISONS; FEDERAL CORRECTIONAL INSTITUTION-DUBLIN; OFFICER ESPINOSA; OFFICER RAMOS; OFFICER SALCIDO; OFFICER SMITH; and DOES 1 to 20.<br><br>Defendants. | CASE NO. 3:23-cv-5374-RFL<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO DEEM CASES RELATED AND TRANSFER** |

Plaintiffs have submitted an Administrative Motion to Consider Whether Cases Should be Related and requested that the related case be transferred to the lowest- numbered related case.

This Court, having considered the briefs and other documents in support of the motion and being fully advised in this matter finds as follows:

///

///

**1**
**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO DEEM CASES RELATED AND TRANSFER**

IT IS HEREBY ORDERED that Plaintiff's motion is **GRANTED** and that case number 3:23-cv-5374-RFL shall be transferred to Judge Yvonne Gonzalez Rogers.

**IT IS SO ORDERED.**

Dated: __April 9, 2024__

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge