# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R.,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL CORRECTIONAL INSTITUTION ("FCI") DUBLIN; ROSS KLINGER; RAY J. GARCIA; and UNITED STATES OF AMERICA, a governmental entity,<br><br>    Defendants. | CASE NO. 4:22-cv-05137-YGR<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO DEEM CASES RELATED AND TRANSFER |

    An Administrative Motion to Consider Whether Cases Should be Related has been filed by Plaintiff R.R. in Case No. 3:23-cv-01980. As the judge assigned to the first filed case, I find that 3:23-cv-01980, *R.R. v. United States of America, et al.,* is related to the above-captioned case assigned to me.

    Accordingly, it is ordered that 3:23-cv-01980, *R.R. v. United States of America, et al.,* is hereby reassigned to me, and the Clerk shall notify the parties. The parties are instructed that the reassigned case is to bear the initials of

the newly assigned Judge immediately after the case number. Any scheduled proceedings in the reassigned case will be rescheduled.

IT IS SO ORDERED.

Dated: April 9, 2024

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge