**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to case

22-cv-05137-YGR
M.R. v. Federal Correctional Institution "FCI" D

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 24-cv-01980-PCP | R.R. v. United States of America (Federal Bureau of Prisons) | YGR | |
| 23-cv-05374-RFL | Hill v. Federal Bureau of Prisons | YGR | |
| 23-cv-06150-JSW | C.M. v. United States of America (Federal Bureau of Prisons) | YGR | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.

All new parties are hereby bound by this Court's orders in the lead case, 23-cv-5137-YGR, including without limitation the Case Management and Pretrial Order, Dkt. 120, wherein the Court ordered that all cases for individual damages related to 22-5137 are STAYED until July 19, 2024. Parties in cases for individual damages are put on notice that the Court will later group cases to efficiently address joint issues. Moreover, as the Court has done for all cases previously, the Court GRANTS plaintiffs' requests to maintain their anonymity.

Further, new parties are bound by orders issued by Magistrate Judge Tse, including the Stipulated Protective Order (Dkt No. 155) and the Privacy Act Order (Dkt. No. 156).

Any case management conference in any reassigned case will be rescheduled by the Court after the stay is lifted.  Any dates for hearing noticed motions are vacated and must be re- noticed by the moving party before the newly assigned judge.

Dated: April 9, 2024

By
Yvonne Gonzalez Rogers
United States District Judge