UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R., et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, et al.,<br><br>      Defendants. | Case No.  22-cv-05137-YGR (AGT)<br><br>and Related Cases:<br><br>4:24-cv-01381-YGR<br>4:24-cv-01379-YGR<br>4:24-cv-01385-YGR<br>4:23-cv-04698-YGR<br>4:23-cv-04691-YGR<br>4:24-cv-01372-YGR<br>4:23-cv-05392-YGR<br>4:24-cv-01370-YGR<br>4:24-cv-01375-YGR<br>4:24-cv-01369-YGR<br>4:24-cv-01376-YGR<br>4:23-cv-06330-YGR<br>4:24-cv-01365-YGR<br>4:24-cv-01360-YGR<br>4:22-cv-07704-YGR<br>4:22-cv-08924-YGR<br>4:22-cv-09096-YGR<br>4:23-cv-02135-YGR<br>4:23-cv-02201-YGR<br>4:23-cv-02206-YGR<br>4:23-cv-02342-YGR<br>4:23-cv-02405-YGR<br>4:23-cv-02668-YGR<br>4:23-cv-02986-YGR<br>4:23-cv-03390-YGR<br>4:23-cv-03475-YGR<br>4:23-cv-03538-YGR<br>4:23-cv-03558-YGR<br>4:23-cv-03562-YGR<br>4:23-cv-03641-YGR<br>4:23-cv-03700-YGR<br>4:23-cv-03716-YGR<br>4:23-cv-03827-YGR<br>4:23-cv-03994-YGR<br>4:23-cv-03997-YGR<br>4:23-cv-04155-YGR<br>4:23-cv-04283-YGR<br>4:23-cv-04317-YGR<br>4:23-cv-04321-YGR |

|   |
|---|
| 4:23-cv-04361-YGR |
| 4:23-cv-04434-YGR |
| 4:23-cv-04435-YGR |
| 4:23-cv-04436-YGR |
| 4:23-cv-04437-YGR |
| 4:23-cv-04611-YGR |
| 4:23-cv-05294-YGR |
| 4:23-cv-05339-YGR |
| 4:23-cv-05343-YGR |
| 4:23-cv-05356-YGR |
| 4:23-cv-05374-YGR |
| 4:23-cv-05623-YGR |
| 4:23-cv-05821-YGR |
| 4:23-cv-06146-YGR |
| 4:23-cv-06150-YGR |
| 4:23-cv-06285-YGR |
| 4:23-cv-06517-YGR |
| 4:24-cv-00602-YGR |
| 4:24-cv-01383-YGR |
| 4:24-cv-01384-YGR |
| 4:24-cv-01980-YGR |

**ORDER REGARDING PRIVACY ACT ORDER AND OBJECTION**

Re: Dkt. Nos. 156, 176

The Court issued a Privacy Act order on March 5, 2024, which was served on individual defendants or their counsel. Dkts. 156, 169. Several individual defendants filed an objection. Dkt. 176. The Privacy Act Order states that if such an objection is filed, "Plaintiffs and/or the United States may file a response within seven days of the date the objection is docketed." Dkt. 156 at 3. No response was filed.

Because the Court would benefit from adversarial briefing on the issue, the Court directs the government to file a response by **April 26, 2024**. Plaintiffs may also file a response by **April 26, 2024**.

**IT IS SO ORDERED.**

Dated: April 18, 2024

_____
Alex G. Tse
United States Magistrate Judge

2