PHILLIP A. TALBERT
United States Attorney
BRODIE M. BUTLAND
VICTORIA L. BOESCH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

Jessica K. Pride (No. 249212)
Alfred Von Kessler IV (No. 309453)
THE PRIDE LAW FIRM
2831 Camino Del Rio S, Suite 104
San Diego, California 92108-3827
Telephone: (619)-516-8166
Facsimile: 619-785-3414
jpride@pridelawfirm.com
avk@pridelawfirm.com

Attorneys for Leading Case

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

M.R.,

Plaintiff,

v.

FEDERAL CORRECTIONAL INSTITUTION ("FCI") DUBLIN; ROSS KLINGER; RAY J. GARCIA; and UNITED STATES OF AMERICA, a governmental entity,

Defendants.

CASE NO. 4:22-cv-05137-YGR
and Related Cases

JOINT STATEMENT REGARDING STATUS OF SETTLEMENT DISCUSSIONS AND REQUEST FOR ADDITIONAL 30-DAY EXTENSION OF STAY

Pursuant to the Court's April 22, 2024 Order (ECF 189), Plaintiffs and Defendant United States of America (the "Parties") provide this update on the status of settlement discussions.

Settlement discussions have been active and substantial. At considerable expense, the Parties retained a private mediator who specializes in mass sexual assault cases. Parties had one

full-day mediation session in March 2024, and have four more full-day sessions scheduled in June and July 2024. The Parties submitted extensive confidential mediation briefs to the mediator and exchanged multiple letters regarding detailed analysis on liability and damages. Parties have also exchanged several settlement demands and a counteroffer.[1]

The leadership committees for the Plaintiffs and the United States hold weekly meetings (sometimes more often) to discuss a range of issues, including discovery and settlement negotiations.

The Parties also have been diligently exchanging information to ensure that the mediation sessions and inter-session negotiations are as productive as possible. Among other things, the Parties have done the following:

- At his request, the mediator will be touring FCI-Dublin with the Parties' counsel on May 3, 2024.
- The United States has collected prison records—including medical records, disciplinary records, and Central Files—for every Plaintiff, and has processed and produced the majority of them, and will produce the remainder in short order.
- The United States has gathered and produced nine documents relating to prison operations and policies that Plaintiffs requested.
- The United States has gathered employment files for nearly all of the alleged individual wrongdoers. Because of potential Privacy Act restrictions, the Parties have briefed the conditions under which such documents could be produced to Judge Tse, whose decision remains pending. If Judge Tse permits disclosure of the employment files, they will be processed and produced expeditiously.

[1] Counsel for Plaintiffs and for the United States note that the mediation is only between the United States and the Plaintiffs—and does not involve the individual defendants. Because the primary claims are against the United States under the FTCA, the United States is the only fully-collectible defendant, and the Parties wanted to avoid potential distractions with claims that involve different legal standards and defenses. The Parties also note that no individual defendant has committed to paying their proportionate share of the mediator's cost.

- Some of the Plaintiffs' counsel have sought psychological examinations of their incarcerated clients, per the Court's March 13, 2024 Order. The Parties are working to schedule those examinations.

- Plaintiffs are creating "fact sheets," which will provide basic information about each Plaintiff to assist the United States in settlement negotiations. The fact sheets will summarize the allegations of the Plaintiff, describe any medical or mental health treatment the Plaintiff has undergone, and describe any anticipated future medical treatment. Plaintiffs will also endeavor to provide an estimated cost of such services. Plaintiffs had previously prepared a spreadsheet that contained many of the Plaintiffs' factual allegations, but the fact sheets are intended to be more descriptive.

To further aid settlement discussions, the Parties respectfully request that the Court extend the stay for an additional 28 days, or until August 16, 2024. Due to mediator availability limitations, the Parties could only schedule the final two mediation sessions on July 18 and 19, 2024, which is the last day of the stay. The Parties believe that extending the stay would allow them to have any further necessary settlement discussions after the last mediation.

Respectfully submitted,

Dated: May 3, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Brodie M. Butland
BRODIE M. BUTLAND
VICTORIA L. BOESCH
Assistant United States Attorneys

Attorneys for the United States
Appearing pursuant to 28 U.S.C. § 515 and acting as liaison counsel for all U.S. Attorneys' Offices representing the United States

Dated: May 3, 2024

**THE PRIDE LAW FIRM**

_**/s/** Jessica K. Pride______
Jessica K. Pride
*Counsel for Plaintiffs*

Dated: May 3, 2024

**THE JACOB D. FUCHSBERG LAW FIRM, LLP**

/s/ Jaehyun Oh___________
JAEHYUN OH*
NY Bar No. 5668512
* *Pro hac vice* application to be submitted in connection with prospective lawsuits for 36 related claimants

Dated: May 3, 2024

**LAW OFFICE OF ALANA MCMAINS**

/s/ Alana L. McMains____
Alana L. McMains
Attorney for Plaintiff A.C.

Dated: May 3, 2024

**WALKUP, MELODIA, KELLY & SCHOENBERGER**

/s/Ashcon Minoiefar
MATTHEW D. DAVIS
ASHCON MINOIEFAR
Attorneys for PLAINTIFF ANDREA REYES

Dated: May 3, 2024

**LAW OFFICE OF DEBORAH M. GOLDEN**

/s/ Deborah M. Golden___
Deborah M. Golden
Attorney for Plaintiff S.L. and T.C.

Dated: May 3, 2024

**Rosen Bien Galvan & Grunfeld LLP**

/s/ Kara Janssen___________
Kara Janssen
Counsel for Plaintiffs in *CCWP v. BOP*

Dated: May 3, 2024

**THE WAGNER LAW GROUP**

/s/ Nicholas J.P. Wagner____
Nicholas J.P. Wagner
Attorney for Plaintiffs

Dated: May 3, 2024

**Iredale and Yoo, APC**

/s/ Eugene Iredale___________
Eugene Iredale
Attorney for Plaintiff Dinhora Baez Gonzalez

Dated: May 3, 2024

**BURNS & COHAN, ATTORNEYS AT LAW**

/s/ Todd W. Burns __________
Todd W. Burns
*Counsel for Plaintiff, J.R., M.J.R., R.C.*

Dated: May 3, 2024

**McLANE, BEDNARSKI & LITT, LLP**

/s/ David S. McLane ________
David S. McLane
Attorney for Plaintiff, G.P.

Dated: May 3, 2024

**Arnold & Porter Kaye Scholer LLP**

*/s/ Carson D. Anderson*
Carson D. Anderson
*Attorneys for Plaintiffs in CCWP v. BOP and A.C., A.L.R., A.Y., E.S., F.S., H.G., J.H., K.D., M.D., M.L., R.W., Z.T.S.*