UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M.R., ET AL.,**<br><br>   Plaintiffs,<br><br>   v.<br><br>**UNITED STATES, ET AL.,**<br><br>   Defendants. | **Case No.:** 4:22-cv-5137-YGR, *and all related cases*<br><br>**ORDER RE MONTHLY SPREADSHEETS** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

As the Court routinely receives correspondence from adults in custody pertaining to the above-captioned case, the parties shall make the following updates to the monthly spreadsheets due on the first of every month:

- Spreadsheets shall include two columns indicating the first and last name of each plaintiff, to be filed under seal.
- Parties shall email a second, editable version of the spreadsheet to the Court.

With regard to the spreadsheet submitted on May 1, 2024, parties are instructed to comply with the above requirements and resubmit the spreadsheet no later than **Tuesday, May 7, 2024.**

**IT IS SO ORDERED**.

Date: May 3, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**