**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **M.R., ET AL.,**  Plaintiffs,  v.  **UNITED STATES, ET AL.,**  Defendants. | **Case No.:** 4:22-cv-5137-YGR, *and all related cases*  **ORDER EXTENDING STAY** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court is in receipt of the parties' Joint Statement Regarding Status of Settlement Discussions and Request for Additional 30-day Extension of Stay. filed in *M.R. v Federal Correctional Institution "FCI" Dublin et al*, 22-cv-5137, Docket No. 194.

The parties' request is **GRANTED.** The stay is extended until August 16, 2024.

**IT IS SO ORDERED**.

Date: May 15, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**