UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M.R., ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**UNITED STATES, ET AL.,**<br><br>    Defendants. | **Case No.:** 4:22-cv-5137-YGR, *and all related cases*<br><br>**ORDER EXTENDING TIME FOR SERVICE ON ALL DEFENDANTS** |

The Court is in receipt of certain plaintiffs' *ex parte* requests for enlargement of time to effectuate service on the remaining defendants under Fed. R. Civ. P. 6(b) and 4(m).

The plaintiffs' requests are **GRANTED.** The remaining defendants must be served on or before August 4, 2024.

**IT IS SO ORDERED**.

Date:  June 3, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**