UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al., <br><br> Defendants. | Case No. 24-cv-03035-AMO <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin, et al.*, 4:22-cv-05137-YGR.

**IT IS SO ORDERED.**

Dated: June 20, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**