UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. B.,<br><br>        Plaintiff,<br><br>    v.<br><br>ENRIQUE CHAVEZ, et al.,<br><br>        Defendants. | Case No. 24-cv-03843-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin, et al.*, 4:22-cv-05137-YGR.

**IT IS SO ORDERED.**

Dated: July 2, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**