UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.F.V.,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>              Defendants. | Case No. 4:24-cv-04233-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin*, 22-cv-05137-YGR.

IT IS SO ORDERED.

Dated: July 16, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge