PHILLIP A. TALBERT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (HONORABLE YVONNE GONZALEZ ROGERS)

| | |
|---|---|
| M.R., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL CORRECTIONAL INSTITUTION ("FCI") DUBLIN; ROSS KLINGER; RAY J. GARCIA; and UNITED STATES OF AMERICA, a governmental entity, <br><br> Defendants. <br><br> AND ALL RELATED CASES | LEAD CASE NO. 4:22-cv-05137-YGR <br><br> **DECLARATION OF BRODIE M. BUTLAND** |

I, Brodie Butland, declare as follows:

1. I am attorney of record in the above-captioned case representing the United States of America. I am also serving as liaison counsel for the United States for all related FCI-Dublin cases.

2. Plaintiffs (through Plaintiffs' liaison counsel) and I have diligently conferred throughout the day by phone and email to prepare the Consolidated

- 1 -
CONSOLIDATED STATEMENT AND REQUEST FOR EXTENSION OF STAY
4:22-CV-05137-YGR

Statement, as required by this Court's August 9, 2024 Order (ECF 227). Plaintiffs and the United States agree that the Consolidated Statement should be sealed. First, the United States is concerned that public disclosure of the resolution efforts could compromise the ongoing efforts to resolve the damages claims in the FCI-Dublin cases, especially given the need to extend the stay to potentially resolve those claims. Second, the efforts to resolve the damages claims for the FCI-Dublin cases have been under the auspices of the mediation privilege, with assurance of confidentiality until final resolution is reached. The Consolidated Statement must necessarily disclose some of those resolution efforts to comply with the Court's August 9, 2024 Order, and the Parties have agreed to avoid public disclosure of those details while they are still attempting to resolve the pending claims.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____
BRODIE M. BUTLAND
Assistant United States Attorney
Eastern District of California