1

2

3

4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE YVONNE GONZALEZ ROGERS)**

5

6

7

8

9

10

11

12

13

14

15

M.R.,

     Plaintiff,

v.

FEDERAL CORRECTIONAL
INSTITUTION ("FCI") DUBLIN;
ROSS KLINGER; RAY J. GARCIA;
and UNITED STATES OF
AMERICA, a governmental entity,

    Defendants.

AND ALL RELATED CASES

LEAD CASE NO. 4:22-cv-05137-YGR

**[PROPOSED] ORDER**

16

17

18

19

20

21

    **THE COURT**, having read and considered the foregoing Administrative Motion to File Documents Under Seal filed by Plaintiffs and the United States of America, and for good cause shown, hereby ORDERS that the Administrative Motion is GRANTED.  The Consolidated Statement shall be filed under seal in accordance with Civil Local Rule 79-5 until further order of the Court.

22

23

  **IT IS SO ORDERED.**

24

25

26

Dated: August ___, 2024

By: _____
Hon. Yvonne Gonzalez Rogers
U.S. District Judge

27

28