# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (HONORABLE YVONNE GONZALEZ ROGERS)

| | |
|---|---|
| M.R., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL CORRECTIONAL INSTITUTION ("FCI") DUBLIN; ROSS KLINGER; RAY J. GARCIA; and UNITED STATES OF AMERICA, a governmental entity, <br><br> Defendants. <br><br> AND ALL RELATED CASES | LEAD CASE NO. 4:22-cv-05137-YGR <br><br> [PROPOSED] ORDER |

**THE COURT**, having read and considered the foregoing Consolidated Statement and Request for Extension of Stay, and relying on the representations therein, finds good cause to extend its stay of all FCI-Dublin related cases. Thus, the Court ORDERS that this case and all related cases are hereby STAYED until October 31, 2024.

The Court further ORDERS that the Consolidated Statement filed by the Parties shall remain under seal until further order of this Court.

**IT IS SO ORDERED.**

Dated: August 13, 2024

By: _____
Hon. Yvonne Gonzalez Rogers
U.S. District Judge