UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-04267-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the Honorable Yvonne Gonzalez Rogers to determine whether it is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al*, Case No. 4:22-cv-05137-YGR.

**IT IS SO ORDERED.**

Dated: August 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge