UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANNETTE CHRISTINA CHAVEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 4:24-cv-03771-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |
|---|---|

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al*, 22-cv-05137-YGR.

IT IS SO ORDERED.

Dated: September 12, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge