UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILISHA NORWOOD GOLDEN,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL CORRECTIONAL INSTITUTION-DUBLIN, et al.,<br><br>  Defendants. | Case No.  4:24-cv-03773-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al*, 22-cv-05137-YGR.

IT IS SO ORDERED.

Dated: September 12, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge