JESSICA K. PRIDE (SBN 249212)
jpride@pridelawfirm.com
DANTE PRIDE (SBN 262362)
dpride@pridelawfirm.com
ALFRED VON KESSLER IV (309453)
avk@pridelawfirm.com
THE PRIDE LAW FIRM
2831 Camino Del Rio S., Suite 104
San Diego, CA 92108
Telephone: (619) 516-8166
Facsimile: (619) 785-3414
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (HONORABLE YVONNE GONZALEZ ROGERS)

| | |
|---|---|
| M.R., | LEAD CASE NO. 4:22-cv-05137-YGR |
| Plaintiff, | **JOINT MOTION OF PLAINTIFFS AND DEFENDANT UNITED STATES OF AMERICA TO SEAL DOCUMENT** |
| v. | |
| FEDERAL CORRECTIONAL INSTITUTION ("FCI") DUBLIN; ROSS KLINGER; RAY J. GARCIA; and UNITED STATES OF AMERICA, a governmental entity, | |
| Defendants. | |
| AND ALL RELATED CASES | |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs and the United States of America (the "Parties") respectfully request that they be permitted to file under seal their Joint Consolidated Statement, which is being filed pursuant to the Court's October 24, 2024 Order. *See* ECF 256.

Good cause exists for this request. As grounds for this administrative motion, the Parties state:

1. As indicated in the Consolidated Statement, efforts to resolve all damages claims against the United States for the FCI-Dublin cases are ongoing. The details of those efforts are highly sensitive, and the United States submits that public disclosure could compromise those efforts and undermine resolution of the cases. Additionally, the Parties' Consolidated Statement discusses specific aspects of mediation efforts in the case, which are subject to the mediation privilege.

2. This motion satisfies the requirements of Civil Local Rule 7-10, which requires:

    a. A specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of: (1) the legitimate private or public interests that warrant sealing; (2) the injury that will result if sealing is denied; and (3) why a less restrictive alternative to sealing is not sufficient.

    b. Evidentiary support from declarations where necessary.

    c. A proposed order that is narrowly tailored to seal only the sealable material, and which lists in table format each document or portion thereof that is sought to be sealed. Civil Local Rule 7-10(c).

3. First, the Parties' Consolidated Statement provides details of ongoing resolution efforts. Given the breadth of these cases and the many issues involved in attempting to resolve them, those details are highly sensitive. Public disclosure of those details, especially if published in popular media, could undermine the ongoing resolution efforts. Further, the Parties' Consolidated Statement discusses specific aspects of mediation efforts in this case, which are subject to the mediation privilege. Public disclosure of those details would vitiate the privilege.

4. Second, the Motion includes a supporting declaration of Brodie M. Butland,

acting as liaison counsel for the United States, confirming discussions between the Parties and their joint view of the need to file their Consolidated Statement under seal.

5. Third, the Motion includes a proposed order that seeks to seal the Consolidated Statement. The Parties submit that sealing the entire Consolidated Statement is warranted here because it entirely consists of sensitive information that is subject to the mediation privilege. Thus, public disclosure of any of the Consolidated Statement would vitiate the mediation privilege and could compromise ongoing resolution efforts.

Thus, for the foregoing reasons, Plaintiffs and the United States respectfully request that the Court grant this Administrative Motion and enter the attached proposed order sealing the Consolidated Statement until further order of the Court.

Respectfully Submitted,

Dated: November 22, 2024

 s/ Jessica K. Pride
**JESSICA K. PRIDE**
THE PRIDE LAW FIRM
 Plaintiffs' Co-Liaison Counsel

 s/ Jaehyun Oh
**JAEHYUN OH**
THE JACOB D. FUCHSBERG LAW FIRM, LLP
Plaintiff's Co-Liaison Counsel

 s/ Kyle Gaines
**KYLE GAINES**
SLATER SLATER SCHULMAN LLP
Plaintiff's Co-Liaison Counsel

 s/ Amaris Montes
**AMARIS MONTES**
RIGHTS BEHIND BARS
Plaintiff's Co-Liaison Counsel

|   |   |
|---|---|
| 1 | PHILLIP A. TALBERT |
| 2 | United States Attorney |
| 3 | s/ Brodie M. Butland |
| 4 | **BRODIE BUTLAND** |
|   | Assistant United States Attorney |

*Counsel for the United States of America, Acting as Liaison Counsel for the United States*

Acting under authority conferred by 28 U.S.C. § 515