PHILLIP A. TALBERT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### (HONORABLE YVONNE GONZALEZ ROGERS)

| | |
|---|---|
| M.R.,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL CORRECTIONAL INSTITUTION ("FCI") DUBLIN; ROSS KLINGER; RAY J. GARCIA; and UNITED STATES OF AMERICA, a governmental entity,<br><br>    Defendants.<br><br>AND ALL RELATED CASES | LEAD CASE NO. 4:22-cv-05137-YGR<br><br>**DEFENDANT UNITED STATES OF AMERICA'S MOTION TO SEAL DOCUMENT** |

   Pursuant to Civil Local Rules 7-11 and 79-5, Defendant United States of America respectfully requests that it be permitted to file under seal the parties' Joint Consolidated Statement.

   Good cause exists for this request. As grounds for this administrative motion, the United States states:

1. As indicated in the Consolidated Statement, efforts to finally resolve all damages claims against the United States for the FCI-Dublin cases are

- 1 -
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
4:22-CV-05137-YGR

ongoing. The Consolidated Statement contains details of remaining efforts that are highly sensitive and should not be publicly disclosed until the cases are fully resolved and dismissed.

2. This motion satisfies the requirements of Civil Local Rule 7-10, which requires:

    a. A specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of: (1) the legitimate private or public interests that warrant sealing; (2) the injury that will result if sealing is denied; and (3) why a less restrictive alternative to sealing is not sufficient.

    b. Evidentiary support from declarations where necessary.

    c. A proposed order that is narrowly tailored to seal only the sealable material, and which lists in table format each document or portion thereof that is sought to be sealed. Civil Local Rule 7-10(c).

3. First, the Parties' Consolidated Statement provides details of ongoing resolution efforts. Given the breadth of these cases and the issues involved in resolving them, those details are highly sensitive. Public disclosure could undermine the ongoing efforts to finalize resolution of these cases.

4. Second, the Motion includes a supporting declaration of Brodie M. Butland, acting as liaison counsel for the United States, confirming the reasons for the need to file the parties' Consolidated Statement under seal.

5. Third, the Motion includes a proposed order that seeks to seal the Consolidated Statement. The Parties submit that sealing the entire Consolidated Statement is warranted here because it entirely consists of sensitive information relating to resolution of the FCI-Dublin cases.

Thus, for the foregoing reasons, the United States respectfully requests that the

Court grant this Administrative Motion and enter the attached proposed order sealing the Consolidated Statement until further order of the Court.

Respectfully Submitted,

Dated: December 30, 2024

PHILLIP A. TALBERT
United States Attorney

s/ Brodie M. Butland
**BRODIE BUTLAND**
Assistant United States Attorney

*Counsel for the United States of America, Acting as Liaison Counsel for the United States*

Acting under authority conferred by 28 U.S.C. § 515