UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M.R., ET AL.**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA, ET AL.**, <br><br> Defendants. | Case No.: 4:22-CV-5137-YGR <br><br> **ORDER RE: MOTIONS TO MAINTAIN ANONYMITY AND MOTION** |

The pending motions in the following members cases to permit plaintiffs to proceed anonymously are **GRANTED:**

No. 4:24-cv-01372, 4:24-cv-01376, 4:24-cv-01381, 4:24-cv-02561, 4:24-cv-03843, 4:24-cv-04221, 4:24-cv-04233, 4:24-cv-04267, 4:24-cv-04273, 4:24-cv-04321, 4:24-cv-1360, 4:24-cv-1372, 4:24-cv-1383, and 4:24-cv-1370.

The motion to lock the incorrectly filed documents in case No. 4:24-cv-01980 is **GRANTED**.

**IT IS SO ORDERED**.

Date: January 13, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**