Charles W. Coe ABA#7804002
Law Office of Charles W. Coe
810 W 2nd Avenue
Anchorage, Alaska 99507
Telephone: 907-276-6173
Facsimile: 907-279-1884
Email: charlielaw@gci.net

Attorney for R.R.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| M.R.,<br><br>                    Plaintiff,<br><br>v.<br><br>FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, et al.,<br><br>                    Defendants. | Case No. 4:22-CV-5137-YGR<br><br><br><br><br>**VOLUNTARY DISMISSAL WITHOUT AN ANSWER WITH PREJUDICE** |

        The plaintiff, R.R., by and through her attorney, CHARLES W. COE,

voluntarily dismisses the above case with prejudice pursuant to FCRP 41(a)(1)(A)(i).

This dismissal is done based on the settlement in this case. The defendant has not

answered and is not opposed to this dismissal.

Respectfully Submitted this 23rd day of January, 2025.

By: /s/Charles W. Coe
Counsel for Plaintiff
810 W 2nd Avenue
Anchorage, Alaska 99501
Phone: (907) 276-6173
charlielaw@gci.net
ABA#7804002