UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ,<br>        Plaintiff,<br>   v.<br>DOE,<br>        Defendant. | Case No. 25-cv-04418-SVK<br><br>**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez-Rogers for consideration of whether the case is related to 22-cv-05137.

**SO ORDERED.**

Dated: June 12, 2025

_____
Susan van Keulen
United States Magistrate Judge