UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| I.R.,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), and others,<br><br>                Defendants. | Case No. 5:25-cv-08049 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 4:22-cv-05137 YGR, *M.R. v. Federal Correctional Institution "FCI"Dublin, et al.*

**IT IS SO ORDERED.**

Dated: September 24, 2025

                                      NATHANAEL M. COUSINS
                                      United States Magistrate Judge

Case No. 25-cv-08049 NC
SUA SPONTE JUDICIAL REFERRAL