UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

T.C.,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 25-cv-08720-JCS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to C-22-5137 YGR.

**IT IS SO ORDERED.**

Dated: October 16, 2025

JOSEPH C. SPERO
United States Magistrate Judge