UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

B. A.,

    Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 4:25-cv-08623-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin, et al.*, 22-cv-05137-YGR.

IT IS SO ORDERED.

Dated: October 28, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge