1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    M. I.,                                  Case No.  25-cv-09196-JCS

8              Plaintiff,

9         v.                                 **REFERRAL FOR PURPOSE OF
                                             DETERMINING RELATIONSHIP**

10   UNITED STATES OF AMERICA
     (FEDERAL BUREAU OF PRISONS), et
11   al.,

12             Defendants.

13

14        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

15   Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 22-cv-5137

16   YGR.

17        **IT IS SO ORDERED.**

18

19   Dated:  October 28, 2025

20                                           _____
                                             JOSEPH C. SPERO
21                                           United States Magistrate Judge

22

23

24

25

26

27

28