United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.F.,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>           Defendants. | Case No. 4:25-cv-10805-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin, et al.*, 22-cv-05137-YGR.

IT IS SO ORDERED.

Dated: December 19, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge