UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R. I.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>        Defendants. | Case No. 25-cv-10893-PHK<br><br>***SUA SPONTE* JUDICIAL REFERRAL ORDER** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al.*, No. 4:22-cv-05137-YGR.

**IT IS SO ORDERED.**

Dated: December 23, 2025

_____
PETER H. KANG
United States Magistrate Judge