UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.M.H., <br><br>            Plaintiff, <br><br>   v. <br><br>UNITED STATES OF AMERICA, et al., <br><br>            Defendants. | Case No. 25-cv-10763-SK <br><br> ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether *V.M.H. v. United States of America et al.*, No. 25-cv-10763-SK is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al.*, No. 22-cv-05137-YGR.

**IT IS SO ORDERED**.

Dated: December 23, 2025

_____
SALLIE KIM
United States Magistrate Judge