UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Y. B.,

          Plaintiff,

    v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et
al.,

          Defendants.

Case No.  25-cv-10653-AMO

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v.*

*Federal Correctional Institution "FCI" Dublin et al*, Case No. 4:22-cv-05137-YGR.

**IT IS SO ORDERED.**

Dated: December 29, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**