UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE PC DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS (FBOP), et al.,<br><br>        Defendants. | Case No. 25-cv-10900-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin*, 22-cv-5137-YGR.

**IT IS SO ORDERED.**

Dated: January 5, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge