United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J.P.,

        Plaintiff,

    v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS, et al.,

        Defendants.

Case No. 26-cv-01576-TLT

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. Nos. 1, 4

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzales Rogers for consideration of whether the case is related to 22-cv-05137-YGR and 23-cv-04155-YGR.

**IT IS SO ORDERED.**

Dated: February 24, 2026

_____
TRINA L. THOMPSON
United States District Judge