UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| A.D.,<br><br>                 Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>                 Defendants. | Case No.  26-cv-01864-TLT<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzales Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al*, 4:22-cv-05137-YGR or *California Coalition for Women Prisoners et al v. United States of America Federal Bureau of Prisons et al*, 4:23-cv-04155-YGR.

**IT IS SO ORDERED.**

Dated: March 4, 2026

TRINA L. THOMPSON
United States District Judge